UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARNEGIE INSTITUTION OF WASHINGTON,

M7D CORPORATION,

     *Plaintiffs*,

v.

PURE GROWN DIAMONDS, INC.,

IIA TECHNOLOGIES PTE. LTD D/B/A
IIA TECHNOLOGIES,

     *Defendants*.

Civil Action No. 1:20-cv-00189

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs certifies as follows:

The parent corporation of plaintiff M7D Corporation is WD Diamonds Holdings, LLC.  No publicly-held corporation owns 10% or more of M7D Corporation's stock.

//

//

//

//

//

//

//

//

//

//

-2-

January 9, 2020

Respectfully Submitted,

**PERKINS COIE LLP**

*/s/ Matthew J. Moffa*
Matthew J. Moffa
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 261-6857
Fax: (212) 399-8057
e-mail: MMoffa@PerkinsCoie.com

Terrance J. Wikberg (*pro hac vice forthcoming*)
PERKINS COIE LLP
607 14th Street, NW
Washington, DC 20005
Telephone: (202) 434-1649
Fax: (202) 654-9149
e-mail: TWikberg@PerkinsCoie.com

*Counsel for Plaintiffs Carnegie Institution of
Washington and M7D Corporation*