UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>PURE GROWN DIAMONDS, INC. and IIA TECHNOLOGIES PTE. LTD. d/b/a IIA TECHNOLOGIES,<br><br>   Defendants. | Case No. 20-cv-0189 (JSR)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pure Grown Diamonds, Inc. states that its parent corporation is Iron Gate Property Limited, Inc., and Defendant IIa Technologies Pte. Ltd. states that its parent corporation is Spring Field Group Ltd., B.V.  No publicly held corporation owns 10 percent or more stock in either Pure Grown Diamonds, Inc. or IIa Technologies Pte. Ltd.

Dated: New York, New York
       March 3, 2020

s/ J. Brugh Lower
William P. Deni, Jr.
J. Brugh Lower
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: 212-613-2000
Fax: 212-290-2018
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

*Of Counsel*
Anand K. Sharma (*pro hac vice* to be filed)
J. Preston Long (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413

Tel: (202) 408-4000
Fax: (202) 408-4400
anand.sharma@finnegan.com
jp.long@finnegan.com

*Attorneys for Defendants
Pure Grown Diamonds, Inc. and
IIa Technologies Pte. Ltd.*