UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARNEGIE INSTITUTE OF WASHINGTON
et al.,

    Plaintiffs,

    -v-

PURE GROWN DIAMONDS, INC. et al.,

    Defendants.

------------------------------------x
------------------------------------x
CARNEGIE INSTITUTE OF WASHINGTON
et al.,

    Plaintiffs,

    -v-

FENIX DIAMONDS, LLC

    Defendant.

------------------------------------x

20-cv-189 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/20

20-cv-200 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The above-captioned actions are consolidated for all pretrial purposes. The case management plan adopted at the March 6, 2020 in-court conference in the Pure Grown Diamonds action, 20-cv-189, is hereby also applied to the Fenix action, 20-cv-200.

SO ORDERED

Dated: New York, NY
      March 6, 2020

                              JED S. RAKOFF, U.S.D.J.

1