UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON and M7D CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PURE GROWN DIAMONDS, INC. and IIA TECHNOLOGIES PTE. LTD. d/b/a IIA TECHNOLOGIES,<br><br>Defendants. | Case No. 20-cv-0189 (JSR) |

**SUPPLEMENTAL DECLARATION OF J. PRESTON LONG
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, J. Preston Long, declare as follows:

1. I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and am counsel for Defendants Pure Grown Diamonds, Inc. and IIa Technologies Pte. Ltd in the above-captioned matter. I submit this declaration based upon my own personal knowledge in support of Defendants' Reply Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint.

2. Attached as **Exhibit Q** is a true and correct copy of U.S. Patent No. 6,692,714 to Vagarali et al. (12 pages).

3. Attached as **Exhibit R** is a true and correct copy of an Excerpt from the Prosecution History of U.S. Patent No. 6,811,610 to Frushour et al. (reissued as U.S. Patent No. RE41,189) (8 pages).

4. Attached as **Exhibit S** is a true and correct copy of U.S. Patent No. 5,704,976 to Snail (9 pages).

5. Attached as **Exhibit T** is a true and correct copy of a Letter from Anand K. Sharma to Terrence J. Wikberg (Mar. 31, 2020) (3 pages).

6. Attached as **Exhibit U** is a true and correct copy of Excerpts from the Prosecution History of U.S. Patent No. RE41,189 to Li et al. (12 pages).

7. Attached as **Exhibit V** is a true and correct copy of a State of Florida Incorporation Record for Gemesis, Inc., Doc. No. F13000002247 (2013), downloaded from http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2013%5C0528%5C47855281.Tif&documentNumber=F13000002247 (last visited April 20, 2020) (7 pages).

8. Attached as **Exhibit W** is a true and correct copy of a State of Florida Corporate Name Change Record for Pure Grown Diamonds, Inc., Doc. No. F13000002247 (2016), downloaded from http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2016%5C0127%5C81364195.Tif&documentNumber=F13000002247 (last visited April 20, 2020) (5 pages).

9. Attached as **Exhibit X** is a true and correct copy of a State of Florida Incorporation Record for The Gemesis Corporation, Doc. No. F98000004848 (1998), downloaded from http://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C1998%5C0828%5C50625975.TIF&documentNumber=F98000004848 (last visited April 20, 2020) (5 pages).

10. Attached as **Exhibit Y** is a true and correct copy of *Cardionet, LLC v. Infobionic, Inc.*, No. 2019-1149, slip op. at 20-22 (Fed. Cir. Apr. 17, 2020), ECF No. 56 (33 pages).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 20, 2020, at Potomac, MD.

J. Preston Long
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
j.preston.long@finnegan.com