```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARNEGIE INSTITUTE OF WASHINGTON    :
et al.,                             :
                                    :
     Plaintiffs,                    :      20-cv-189 (JSR)
                                    :
        -v-                         :
                                    :
PURE GROWN DIAMONDS, INC. et al.,   :
                                    :
     Defendants.                    :
                                    :
------------------------------------x

------------------------------------x
CARNEGIE INSTITUTE OF WASHINGTON    :
et al.,                             :
                                    :
     Plaintiffs,                    :      20-cv-200 (JSR)
                                    :
        -v-                         :
                                    :        ORDER
FENIX DIAMONDS, LLC                 :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defendants' Rule 12(b)(6) motions to dismiss plaintiffs' complaints in the above-captioned actions are denied. A memorandum explaining the reasons for these rulings will issue in due course. The Clerk of the Court is directed to close the motion at docket number 28 in the Pure Grown Diamonds action, as well as the motion at docket number 25 in the Fenix action.

1

SO ORDERED

Dated:   New York, NY

         April 27, 2020

_____
United States District Judge