UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON,<br><br>M7D CORPORATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PURE GROWN DIAMONDS, INC.,<br><br>IIA TECHNOLOGIES PTE. LTD d/b/a<br>IIA TECHNOLOGIES,<br><br>    *Defendants*. | Civil Action No. 1:20-cv-00189-JSR |
| CARNEGIE INSTITUTION OF WASHINGTON,<br><br>M7D CORPORATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>FENIX DIAMONDS LLC,<br><br>    *Defendant*. | Civil Action No. 1:20-cv-00200-JSR |

**DECLARATION OF MATTHEW J. MOFFA IN SUPPORT OF
REPLY MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFFS' MOTIONS TO DISMISS**

I, **MATTHEW J. MOFFA**, do declare and state as follows:

I am an attorney at Perkins Coie LLP licensed to practice law in the State of New York and counsel for plaintiffs Carnegie Institution of Washington and M7D Corporation (collectively,

- 2 -

"Plaintiffs") in the present action. I make this Declaration based on my personal knowledge and in support of the *Reply Memorandum of Law in Support of Plaintiffs' Motions to Dismiss*.

    1.    Attached as Exhibit 8 is a true and correct copy of correspondence from Paul Kokulis dated April 30, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2020

By: _____
    Matthew J. Moffa