# EXHIBIT C

| | |
|---|---|
| **From:** | Sanabria, Cecilia |
| **To:** | Wikberg, Terrence (WDC); Fowler, Sarah (PAO); Chajon, Michael (WDC); Simpson, Amy (SDO); Moffa, Matthew (NYC) |
| **Cc:** | Sklar, Steven; Sharma, Anand; Long, J. Preston; Fenix-Litigation; IIa 8050 All Team |
| **Subject:** | Carnegie v. Fenix & Carnegie v. PGD/2AT - Huron production |
| **Date:** | Thursday, August 13, 2020 4:29:14 PM |

Dear counsel,

In our review of the Huron document production we located what appears to be the final November 7, 2018 Lender Presentation (starting at Bates number HUR_001440). Please confirm, today, that is in fact the final presentation given to the prospective lenders on that day. This is central to the issue pending before the Court. If this is the final version, we expect Plaintiffs to present this document to the Court as part of the in camera review with their reply brief tomorrow. Please promptly advise if you refuse to do so. If it isn't, please confirm whether Plaintiffs have been able to locate the final version. Please also provide by tomorrow Huron's privilege log on any redactions to the produced documents, as well as any documents you withheld entirely based on privilege.

Best,
Cecilia

Cecilia Sanabria
Attorney at Law | bio<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.finnegan.com_en_professionals_cecilia-2Dsanabria.html&d=DwIGaQ&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=xxLC7jgyTWP-8L69WON9kRmW7LRLiS0imbS0fmQiSGE&m=4uIMBMbNikTlHmV-PGRGQA7Fmp8bTy5f4ESMonYREWc&s=qNtCVHwM5p3NxUWD1DsTCKS5_rw6exxni7cW0geISeM&e= >
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413<x-apple-data-detectors://6/0>
202.408.4478<tel:202.408.4478> | fax: 202.408.4400<tel:202.408.4400> |
Cecilia.Sanabria@finnegan.com<mailto:Cecilia.Peniza@finnegan.com> |
www.finnegan.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.finnegan.com_&d=DwIGaQ&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=xxLC7jgyTWP-8L69WON9kRmW7LRLiS0imbS0fmQiSGE&m=4uIMBMbNikTlHmV-PGRGQA7Fmp8bTy5f4ESMonYREWc&s=yEFiu2h3u996T2OhuBcpgl8EQCmugpnW5r932JBGVb0&e= >


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.