# EXHIBIT 18

1

```
          IN THE UNITED STATES DISTRICT COURT

             SOUTHERN DISTRICT OF NEW YORK

*********************************
CARNEGIE INSTITUTION OF
WASHINGTON AND M7D CORPORATION,

     Plaintiffs,

  vs.                     CASE NO:  20-CV-189 (JSR)

PURE GROWN DIAMONDS, INC., and
IIA TECHNOLOGIES PTE. LTD. d/b/a
IIA TECHNOLOGIES,

        Defendants.

*********************************
CARNEGIE INSTITUTION OF
WASHINGTON and M7D CORPORATION,

     Plaintiffs,

  vs.                     CASE NO:  20-CV-200 (JSR)

FENIX DIAMONDS, LLC,

        Defendants.
*********************************
```

      The video deposition of YOGESH K. VOHRA, Ph.D.,

      taken remotely via Zoom videoconference with the

      witness located in Washington, DC, on July 31,

      2020, commencing at approximately 10:00 a.m. ET


   Reported by:

   L. ALAN PEACOCK, RDR, CRC, CCR

   JOB NO. 48951

## Page 2

```
            A P P E A R A N C E S
ON BEHALF OF THE PLAINTIFFS CARNEGIE INSTITUTION OF
WASHINGTON AND M7D CORPORATION:

    PERKINS COIE LLP
    1155 Avenue of the Americas
    22nd Floor
    New York, New York 10036
    212-399-8057

  BY: SARAH E. FOWLER, ESQ.
      sfowler@perkinscoie.com
            and
      JOSEPH W. RICIGLIANO, Ph.D.
      jricigliano@perkinscoie.com

ON BEHALF OF THE DEFENDANT IIA TECHNOLOGIES PTE
LIMITED AND PURE GROWN DIAMONDS, INC., IN THE 189
MATTER:
    FINNEGAN, HENDERSON, FARABOW, GARRETT
      & DUNNER, LLP
    901 New York Avenue, NW
    Washington, DC 20001
    202-408-4000
    BY: J. PRESTON LONG, ESQ.
        j.preston.long@finnegan.com

ON BEHALF OF THE DEFENDANT FENIX DIAMONDS, LLC, IN
THE 200 CASE:
    LEYDIG, VOIT & MAYER, LTD.
    180 North Stetson Avenue
    Suite 4900
    Chicago, Illinois 60601
    312-616-5600
    BY: DAVID M. AIRAN, ESQ.
        dairan@leydig.com
            and
        MAX B. SNOW, ESQ.
        msnow@leydig.com.
  /
  /
```

## Page 3

```
        A P P E A R A N C E S   (Continued)
ON BEHALF OF THE WITNESS:
    UNIVERSITY OF ALABAMA OFFICE OF COUNSEL
    500 University Boulevard East
    Tuscaloosa, Alabama 35401
    205-348-5861


    BY: DAVID MELLON, Ph.D.
        dmellon@uasystem.edu


    COURT REPORTER:
      L. ALAN PEACOCK, FAPR, CRC, CCR, RDR
      Realtime Systems Administrator

ALSO PRESENT:
    NAN MARSHALL, Henderson Legal Services
    VIDEOGRAPHER:
    CARRIE HOWARD

            - - -
```

## Page 4

```
            E X A M I N A T I O N
DEPOSITION OF YOGESH K. VOHRA, PH.D., 7-31-2020
  By Mr. Long  .............................. Page 9
  By Mr. Snow  ............................. Page 137
  By Ms. Fowler  ........................... Page 190
  By Mr. Long  ............................. Page 196
  By Mr. Snow  ............................. Page 213
          DEPOSITION EXHIBITS
Exhibit
Number
Exhibit 1   Subpoena to Appear for Deposition ..... Page 10
Exhibit 2   List of Dr. Vohra's Publications ...... Page 14
Exhibit 3   Dissertation entitled "Synthesis and .. Page 28
            Characterization of Metastable Phases
            of Carbon" by Thomas Greene McCauley
Exhibit 4   Article Entitled "Spatially Resolved .. Page 65
            In Situ Diagnostics for
            Plasma-Enhanced Chemical Vapor
            Deposition Film Growth"

Exhibit 5   Thesis by Gopi Krishna Samudrala ...... Page 67
            entitled "Multivariable Study on
            Homoepitaxial Growth of Diamond on
            Planar and Non-Planar Substrates
Exhibit 6   Catalog for Mikron 2-Color ............ Page 70
            Non-Contact Infrared Temperature
            Transmitters
Exhibit 7   Dissertation Entitled: ................ Page 70
            Micro-Structure and Mechanical
            Properties of Diamond Films on
            T1-6AL-4V Alloy by Shane A. Catledge

Exhibit 8   Andrew Israel Thesis titled "A ........ Page 74
            Detailed Investigation of Microwave
            plasma Assisted Chemical Vapor
            Deposition Diamond Growth Parameters"
```

## Page 5

```
            EXHIBITS (Continued)
Exhibit 9    Thesis Entitled "Multiple Twinning .... Page 87
             and Nitrogen Defect Center in
             Chemical Vapor Deposited
             Homoepitaxial Diamond by Chih-Shiue
             Yan
Exhibit 10   Article Entitled "Very High Growth ... Page 119
             Rate Chemical Vapor Deposition of
             Single-Crystal Diamond"
Exhibit 11   078 Provisional Patent Application ... Page 127
Exhibit 12   US Patent 6,858,078 B2 ............... Page 132
Exhibit 13   Patent US 2009/0297429 ............... Page 171
Exhibit 101  US Patent 5,628,824 .................. Page 138
Exhibit 102  US Patent 5,292,371 .................. Page 141
Exhibit 103  Article Entitled: "Multiple .......... Page 180
             Twinning and Nitrogen Defect Center
             in Chemical Vapor Deposited
             Homoepitaxial Diamond"

Exhibit 104  Article Entitled "Growth of Diamond .. Page 184
             Anvils for High-Pressure Research by
             Chemical Vapor Deposition

Exhibit 105  Article Entitled "Multiple ........... Page 186
             Substrate Microwave Plasma-Assisted
             Chemical Vapor Deposition Single
             Crystal Diamond Synthesis"
Exhibit 106  Article Entitled "The Influence of ... Page 186
             Recess Depth and Crystallographic
             Orientation of Seed Sides on
             Homoepitaxial Growth of CVD Single
             Crystal Diamonds"
Exhibit 107  Article Entitled "Growth Strategies .. Page 187
             for Large and High Quality- Single
             Crystal Diamond Substrates"
Exhibit 108  Article Entitled "Synthetic Diamond .. Page 173
             Crystal Strength Enhancement Through
             Annealing at 50 Kbar and 1500 C"
```

Page 6

1            EXHIBITS (Continued)
2   Exhibit 109 Declaration and Power of Attorney .... Page 173
              for Patent Application"
3
    Exhibit 110 Combined Declaration for Patent ...... Page 173
4            Application and Power of Attorney"
5
6
7                    - - -

Page 7

1           THE VIDEOGRAPHER: Here begins Volume I,
2   Disk 1, in the video deposition of Yogesh Vohra
3   taken in the matter of, Case 1, Carnegie
4   Institution, et al., versus Pure Grown
5   Diamonds, et al. We also have Case 2, which is
6   Carnegie Institution, et al., vs Fenix
7   Diamonds, et al., in the United States District
8   Court, Southern District of New York.
9           Today's date is July 31. The time is
10  9:08 a.m. This deposition is being held
11  remotely by Live Litigation. We're physically
12  recording in Lexington, Kentucky.
13          The court reporter today is Alan Peacock,
14  and the videographer today is myself, Carrie
15  Howard. Both are presenting on behalf of
16  Henderson Legal Services.
17          Will counsel please introduce themselves
18  and state whom they represent.
19          MR. LONG: This is J. Preston Long for the
20  defendants IIA Technologies PTE Limited and
21  Pure Grown Diamonds, Inc., in the 189 matter.
22          MS. FOWLER: This is Sarah Fowler of
23  Perkins Couie, on behalf of the plaintiffs
24  Carnegie Institution of Washington and M7D
25  Corporation. And with me is Joseph Ricigliano.

Page 8

1           THE VIDEOGRAPHER: All right. And will
2   the court reporter now please swear in the
3   witness.
4           MR. AIRAN: There are more appearances.
5   This is David Airan on from Leydig, Voit &
6   Mayer on behalf of Fenix Diamonds, LLC, in
7   the 200 case. And with me is Max Snow, also of
8   Leydig Voit & Mayer, also representing Fenix
9   Diamonds, LLC.
10          MR. MELLON: Although you can't see me,
11  this is David Mellon, M-E-L-L-O-N, counsel for
12  Dr. Vohra.
13          THE VIDEOGRAPHER: Okay. Now, will the
14  court reporter please swear in the witness.
15          THE COURT REPORTER: My name is Alan
16  Peacock with Henderson Legal Services. I am an
17  Alabama Certified Court Reporter. My license
18  number is AL013, and my license is available
19  for inspection.
20          At this time, do all parties agree to
21  waive any objection now or in the future to the
22  reporter swearing in the witness remotely?
23          Please so indicate.
24          MR. LONG: No objection here.
25          MR. AIRAN: No objection on behalf of

Page 9

1   Fenix.
2           THE COURT REPORTER: Thank you.
3           I would ask the witness to please raise
4   your right hand and face the camera.
5           YOGESH K. VOHRA, PH.D.,
6       the witness, having been first duly sworn
7   to speak the truth, the whole truth, and nothing but
8   the truth, testified as follows:
9                    EXAMINATION
10  BY MR. LONG:
11      Q. So let me first start, Dr. Vohra, by
12  saying thank you for being here today. There are
13  probably any number of things you would rather be
14  doing today; so for what it's worth, we appreciate
15  your time.
16          Is this your first deposition?
17      A. That's correct.
18      Q. Okay. So I just want to run through a few
19  guidelines to make sure everything goes smoothly. I
20  think that the court reporter has already mentioned
21  it's best if we don't talk over one another so that
22  the court reporter can take down our conversation
23  and there's no cross talk. Is that okay?
24      A. That's fine.
25      Q. From time to time, I probably will ask a

Vohra, Yogesh K.                                                July 31, 2020

## Page 42

1   power; right?
2       A.  That's correct.
3       Q.  If you want to grow over larger
4   areas -- strike that.
5           What effects does the microwave power
6   density have on growth characteristics of the
7   diamond?
8       A.  I think it's really a complicated
9   question, but in general I would say that the higher
10  growth rates have been achieved when the pressure is
11  around 200 torr.  And that's very low.  Most of the
12  gem manufacturing has taken place at 200, 250 torr.
13          So -- but another parameter is, of course,
14  the gaseous chemistry.  So it's really a
15  complicated, complicated thing to consider what
16  effect different parameters have.  There's
17  multiparameter space, and generally it would require
18  a lot of innovations, and that work which was
19  carried out in committee which achieved the gem
20  diamond growth.
21      Q.  But in terms of the microwave power
22  density, did your students find that a higher
23  microwave plasma density improved the growth rate?
24      A.  I don't think we have really -- if you
25  look over Dr. McCauley's thesis, we really never --

## Page 43

1   most of the work was done on, as I said before, on
2   angles which are only human hair sized tip.  So it's
3   very, very hard to extrapolate these results to the
4   larger work done later on.
5       Q.  What about Mr. Israel and Dr. Yan?  Did
6   they find higher input densities led to improved
7   growth rates?
8       A.  Again, those were really very fundamental
9   studies looking at the factor of temperature and
10  substrate geometry.  So I would say those were
11  really -- the work done later on by Dr. Yan at UAB
12  and Carnegie that resulted in the breakthrough for
13  gem diamond growth.
14      Q.  My question is not about, you know -- I'm
15  not sure what you mean by "the breakthrough."  My
16  question is just -- let me ask it this way:  Is it
17  your testimony that your students did not find that
18  higher microwave power densities led to improved
19  growth rate?
20      A.  Higher power density -- I don't think we
21  ever really talked about higher power density.  We
22  should look into this, and we never really talk
23  about power per cc.  This is a really very
24  fundamental plasma parameter study.  We never talked
25  about plasma density in this, so that's why I really

## Page 44

1   cannot extrapolate.
2       Q.  Okay.  I will turn to -- I'm turning to
3   what is marked page 142 of Vohra Exhibit 3, and it
4   begins down at the bottom of the page.
5           It says "Reported linear growth rates have
6   been shown to depend on areal power density and to a
7   lesser extent" -- and he goes on to page 144 -- "to
8   a lesser extent on pressure.  As shown in Figure 4.3
9   the growth rate scales roughly linearly with areal
10  power density," and shown on the previous page,
11  page 143.  Do you understand what Dr. McCauley is
12  talking about there?
13      A.  I think these are really not the actual
14  plasma densities.  He talks about areal, and he is
15  only talking about one dimension, which is along the
16  axis of that substrate.  So it's really not a true
17  measure of the power density where you photograph
18  the plasma, have the input power and have the plasma
19  density.
20      Q.  What are the units of power density in a
21  microwave plasma?
22      A.  It could be for -- an example would be a
23  kilowatt per cc for -- I don't recall what this
24  Péclet number is here.  I think this is something
25  different.  It's not the plasma density.

## Page 45

1       Q.  Okay.
2       A.  With some other plasma jets and plasma
3   torches, so this is really a different -- a
4   different thing to compare.
5       Q.  So you disagree with the statement that
6   reported linear growth rates have been shown to
7   depend on areal power density and, to a lesser
8   extent, pressure?  That's an incorrect statement in
9   your view?
10      A.  I would not say incorrect.  I think it
11  does not present the whole picture in terms of what
12  areal density really means.  If it's only one
13  dimension of the plasma, it really doesn't capture
14  the whole picture.  I'm not saying this correlation
15  is incorrect; however, this is not the complete --
16      Q.  Is the areal power density of the plasma
17  near the substrate surface important?
18      A.  Could you repeat that question, please?
19      Q.  Is the areal power density of the plasma
20  adjacent to the substrate surface important?
21      A.  Yes, it is.  Yes.
22      Q.  Why is that?
23      A.  For the simple reason is that most of the
24  chemical reactions which lead to diamond growth
25  depends on the concentration of activated species

### Page 46

1   near the plasma surface and near the substrate
2   surface.
3       Q.   And so does the areal density of the
4   microwave plasma near the substrate surface affect
5   the growth rate?
6       A.   I don't really recall this argument fully
7   here. I really don't -- whether we ever quantified
8   the areal plasma density here. I think this is just
9   a statement without quantification. That was not
10  the focus of this thesis anyways.
11      Q.   Putting aside the statement here in the
12  thesis, is it your understanding that the areal
13  power density adjacent to the substrate surface
14  affects the growth rate?
15      A.   No. It might be -- and I think it's the
16  plasma density where you somehow count for the total
17  volume of the plasma -- I'm talking about the areal,
18  which is one dimensional. That's my technical
19  opinion.
20      Q.   And how does the density of the microwave
21  plasma affect the growth rate?
22      A.   I'm sure -- they are stirring, which has
23  to have looked at, you know, different process
24  parameters, like pressure, substrate temperature,
25  microwave power. So it's really a multiparameter

### Page 47

1   space, and also it depends a lot on the reactive --
2   I would hesitate to make a generalized statement
3   because it's so design specific.
4       Q.   So if you change one thing in the system,
5   it might affect other things?
6       A.   That's correct. I think this is really --
7   that's why, as you see, there's a lot of
8   optimization which goes into developing the process.
9       Q.   And so if you change, say, the pressure,
10  it might completely affect the process and get a
11  different growth, different properties of the
12  diamond, different growth rate?
13      A.   That's correct. Generally speaking you
14  can make generalizations. But it also depends on
15  the substrate geometry as well. And one can draw
16  some general conclusions about pressure and power.
17  But I think that's specific. Those depend really on
18  the whole unit, not just one thing.
19      Q.   Why does the shape and geometry of the
20  substrate matter?
21      A.   That is a very complicated question. And
22  I think it's -- it's to do with the fact, you know,
23  how the actual species react and the surface and
24  also how the different exposed surfaces of diamond
25  are cooled; so it's really a very different question

### Page 48

1   to address.
2       Q.   I'm turning back to -- this is page 103 in
3   Vohra Exhibit 3. It's Figure 3.4 entitled an -- I'm
4   sorry. Page 104 on Figure 3.5, titled "The overall
5   design of the substrate stage as mounted to the
6   conflat flange which forms the floor of the
7   deposition chamber."
8            Is this the design of the substrate stage
9   and the 1.2-kilowatt system?
10      A.   Yes.
11      Q.   Could you just walk me through this
12  diagram in terms of what we're seeing and how it
13  works?
14      A.   You see the tube which is running through
15  the center? It carries the water upward, and it
16  kind of sprayed it against the copper block for
17  cooling that. And then the outer jacket captures
18  the water which is returning, and that's what the
19  cooling water return is.
20      Q.   And then up here at the top, there's a
21  brass insert, copper heat sink, silver soldered
22  seal, copper heat sink insert and molybdenum screw.
23  Could the walk us through what those are?
24      A.   The moly screw is what we call the
25  substrate holder. So to cool the moly substrate

### Page 49

1   holder, we turn it into the copper block, and the
2   copper block is cooled.
3       Q.   So the cooling in its design happens from
4   water cooling at the copper stage, which is in
5   thermal contact with the moly screw?
6       A.   That's correct.
7       Q.   Then the substrate sits in or on the moly
8   screw; right?
9       A.   And there's a lot of innovation around the
10  moly screw design itself; so --
11      Q.   Could you just explain what you mean?
12      A.   I mean, you have your moly screw. You can
13  have a recessed stage for a diamond to sit in -- you
14  can have a diamond sitting on the flat stage, and
15  you can clamp it to cool down the edges of the
16  diamond; so there are a lot of variations of that
17  technology.
18      Q.   Do you remember which ones of those your
19  students used in the 1990s?
20      A.   No. He just used the flat screw here.
21      Q.   What about your other students? Were
22  there different moly designs?
23      A.   Yes. I'm sure there were different thesis
24  projects we had experimented -- Dr. Yan did design
25  some of the solutions for a moly substrate.

**54**

1  that.  Because plasma species do diffuse even if
2  you're a couple of millimeters above; so I don't
3  know how much a trade-off is in terms of the growth
4  rate and the conditions with that.
5      Q.  But the temperature is different?  You
6  agree with that; right?
7      A.  Yes.  The temperature is definitely
8  different.  You probably would have to do more
9  cooling of the substrate.
10     Q.  More cooling -- so it requires more
11 cooling if the plasma is in direct contact?
12     A.  If you want to maintain the same
13 temperature.
14     Q.  Any other differences in having the plasma
15 in direct contact versus above in terms of the
16 physics?
17     A.  No.  Not that I can think of without
18 having all of the qualitative data in front of me.
19     Q.  Turning back to the exhibit, the second
20 difference here it mentions is "The total gas flow
21 rate that we use is 500 sccm, higher than that used
22 in most other systems, about 100 sccm, by
23 approximately a factor 5."
24         What is the significance of using more gas
25 flow?

**55**

1      A.  Once we increase the hydrogen gas flow, we
2  have to up the methane; so it does release high
3  growth rate having more carbon species.  If you keep
4  the methane to hydrogen ratio the same.  So if you
5  have hydrogen flowing at a high rate, you have to --
6  if you keep the same ratio, you have to up the
7  methane, and then that would give rise to, you know,
8  possibly high growth rate.
9      Q.  Any other significance to the higher flow
10 rates?
11     A.  No.  It really depends on the specific
12 reactor system we used.  For this system, we
13 used 500 sccm.  And it depends on your capacity and
14 a lot of other factors.  It depends on the reactant
15 as well.
16     Q.  But just in general, if I understand you
17 correctly, increasing the flow rate means increasing
18 the amount of material you're delivering and,
19 therefore, it would increase the growth rate; right?
20     A.  Yeah.  But I think really the question is
21 not that much about -- of course the hydrogen is
22 important, but I think it also depends on the
23 activated carbon species of the plasma.  So whatever
24 you give rise to higher activated species in the
25 plasma, would give rise to increased growth rate.

**56**

1      Q.  So, in other words, if you were using 100
2  sccm total flow that was, say, 5 sccm methane, 95
3  sccm hydrogen, if you went to 500 sccm total and you
4  increased the methane accordingly, I guess it would
5  be -- what? -- 25 sccm to 475 sccm of hydrogen, and
6  then that would -- I'm just trying to put a specific
7  example on what you're saying.
8          You increase -- you keep the ratio the
9  same but you increase the total flow?
10     A.  Yeah.  I think one has to be a little bit
11 careful.  Because increasing the methane also
12 changes how diamonds grow differently on different
13 surfaces.  So there's a little bit of a complication
14 there on the diamond growth process itself.
15         So I would not say like you would expect a
16 linear increase in growth rate because the diamonds
17 grow differently on (100) and (111) surface.  So if
18 you go into a regime of carbon concentration, then
19 you may end up not growing much on one surface.  So
20 it's really a multiparameter space; so it does not
21 really -- changing one parameter can give you the
22 new answer.
23     Q.  So to increase the growth rate, but you're
24 just not sure about how much?
25     A.  Yes.  But, you know, I worry about what --

**57**

1  the technical jargon -- we call it alpha
2  parameter -- for the diamond growth, which is the
3  growth on (100) versus (111) surface.  So I think
4  one has to really see how that changes, because most
5  of the new gem diamond growth is carried out on 100
6  cycles.
7      Q.  Checking back here, the third difference,
8  it says "Our typical operating pressure is 90 torr;
9  whereas, most systems operate in the neighborhood of
10 25-40 torr."
11         What is the significance in increasing the
12 pressure?
13     A.  That definitely has an increase in the
14 growth rate.
15     Q.  And it says here that Dr. McCauley was
16 able to achieve growth rates on the order of 50
17 to 400 microns per hour higher than ever reported in
18 the MPCVD system.  Is that an accurate statement?
19     A.  I think the caveat there, I think there
20 are two caveats to this.  One is this was really on
21 a very small surface area, and I'm not sure in this
22 case we ever were able to get just the diamond
23 twinning in these conditions.  So this was really
24 not a gem diamond growth rate.
25     Q.  Forget about gem diamond.  I'm just asking

## Page 78

1   A. Yes.
2   Q. So is it your understanding that that
3   pyrometer is a Mikron Model M77LS pyrometer?
4   A. Yes.
5   Q. Okay. Turn now to Vohra Exhibit 6. You
6   should see it on the screen here.
7       Have you seen this document before?
8   A. I might have.
9   Q. Is this picture down here the Model M77LS
10  laboratory version -- is this the pyrometer you used
11  in the 1.2-kilowatt system?
12  A. Yes. That's correct.
13  Q. So this is the pyrometer that you used to
14  measure substrate temperatures?
15  A. Yes.
16  Q. I'm sorry. What was your answer?
17  A. Yes.
18  Q. And the 2-millimeter sampling diameter,
19  what does that refer to?
20  A. That is reference to the area from which
21  the temperature reading is recorded.
22  Q. And is that -- is that something you can
23  adjust or is that something dictated by the
24  manufacturer?
25  A. That is limited by the optics on the

## Page 79

1   particular model that we were using.
2   Q. Okay. And here you describe -- this is,
3   again, on page -- this is page 27 of Vohra
4   Exhibit 8. It mentions "The substrate is placed on
5   a step which allows the substrate to be elevated
6   into the plasma and heated from all directions
7   without becoming too hot."
8       Could you just describe how the samples
9   were mounted in these experiments?
10  A. This would be directly sitting on top of
11  the moly holder.
12  Q. So the sample would be before inserted
13  directly into the plasma?
14  A. Yes.
15  Q. Would you turn to page 34 of Vohra
16  Exhibit 8. Down here near the bottom, Subsection C,
17  it says "a pressure study."
18      What did Mr. Israel study in terms of
19  pressure?
20  A. I think, if I recall, he was looking at
21  the twins and the growth rate by weighing the
22  crystal before and after.
23  Q. And he tried different pressures as part
24  of his studies?
25  A. Yes.

## Page 80

1   Q. And do you see this on the next page --
2   sorry -- page 35 of Vohra Exhibit 8, beginning with
3   the first full paragraph: "The results from our
4   four experiments show the diamond growth rate and
5   twin formation to depend greatly on variations in
6   reactor pressure. The reactor pressure was
7   increased from 60 to 200 torr. Diamond growth rate
8   increased approximately 10-fold while penetration
9   twin formation was nearly eliminated."
10      Do you see that?
11  A. Yes.
12  Q. It says "The maximum growth rate attained
13  in any of the pressure experiments was" -- for
14  example, DP17 is comparable to the standard HPHT
15  rates. Do you see that?
16  A. Yes.
17  Q. Do you remember that result from these
18  experiments?
19  A. Yes, I do. As I recall, I don't think we
20  were -- he said nearly eliminated. I think that was
21  critical. I don't think we ever got a twin-free
22  diamond in this set of experiments. The reason I
23  say that is to really show that it's twin free, you
24  really have to use x-rays and get what we call the
25  rocking curve, which will tell you whether you have

## Page 81

1   a mono crystal or if you have more than one crystal.
2       So we were still not there when Mr. Israel
3   was working on this problem, and we never did the
4   rocking curve measurements on the crystal. That's
5   why I think that term "nearly eliminated" was
6   significant.
7   Q. But they were nearly eliminated, so there
8   weren't substantial twins?
9   A. Yeah, but, you know, in this field, even
10  if you know there is one twin, then it's not a
11  single crystal.
12  Q. Even one twin is not single crystal?
13  A. So that's why, I think, later on we
14  realized that we have to do the rocking curve
15  measurements by x-ray technique to show the quality
16  of crystal. Because all of the other visual
17  observations are really qualitative about the
18  crystal quality.
19  Q. All right. Some things you can just look
20  at and tell if it's single crystal or not?
21  A. It's really hard with just a visual
22  inspection. I mean, you could tell from the growth
23  steps and the surface appearance. But eventually,
24  you know, to check the crystalline quality, you have
25  to put it on the x-ray machine and tilt it to show

Page 82

1  that there's only one grain of diamond.  That's the
2  key.
3      Q.  What if you saw black spots on the
4  surface?
5      A.  That's definitely twinning.
6      Q.  I'm sorry?
7      A.  That's definitely twinning.  It's not a
8  single crystal.
9      Q.  So you don't need X-ray --
10     A.  Visually, you can tell.  I'm talking about
11 using X-ray when visually you think it's free, but
12 still you need to verify it by doing x-ray
13 diffraction.
14     Q.  And you would agree when you can see those
15 black spots and things that it's definitely not
16 single crystal?
17     A.  Correct.
18     Q.  Okay.  I will turn to the next page.  This
19 is Figure 11.  Is this some of the examples that
20 were grown?
21     A.  Yes.
22     Q.  And can you tell that there's -- that it's
23 not single crystal by looking at these figures?
24     A.  Yes.  By example, if you look at A, you do
25 see the black marks on the surface.  And same as for

Page 83

1  B.  Even though in C, you see that clear thing in
2  the center, but you see a lot of twinning on the
3  side.  So there are adjusting science experiments,
4  but they have not yet achieved the quality of even
5  one crystalline growth.
6      Q.  Okay.  So sample C, this rim here
7  indicates that it's just not single-crystal growth?
8      A.  No.  I don't believe it is, particularly
9  using the X-ray criteria -- and that's what the
10 title says, you know, 200 torr, few twins.
11     Q.  Right.
12     A.  Even on the side.
13     Q.  Right.  All of the stuff here on the side.
14 This would be not single-crystal?
15     A.  (No response.)
16     Q.  These portions around the edge of
17 figure 11-C would be not single-crystal; correct?
18     A.  Yes.  Because you are not seeing your
19 sharp facets there.
20     Q.  I will turn to page 38 of Exhibit 8, Table
21 2.  Is this a table summarizing Mr. Israel's
22 pressure experiments?
23     A.  Yes.
24     Q.  And so as the pressure increased from 60
25 to 90 to 150 to 200 torr, what was the trend and the

Page 84

1  growth rate?
2      A.  The growth rate is obviously going up with
3  increasing pressure.
4      Q.  And what was the trend in quality here?
5      A.  The quality is improving, but as I
6  mentioned earlier that it is not a monocrystalline
7  stellate growth.
8          The quality is definitely improved.
9      Q.  So if somebody wants to a grow
10 high-quality diamond at a high-growth rate, they
11 would at least understand from this that a higher
12 pressure would be a good idea; right?
13     A.  Yes.
14     Q.  And turning to the end of Mr. Israel's
15 thesis, page 60 of Exhibit 8, he mentions "Here some
16 suggestions for future work would be to have better
17 control of the substrate temperature during growth
18 experiments, a better thermal contact between the
19 diamond substrate and molybdenum stage is necessary
20 to maintain a fairly stable teach reading."
21         Do you see that?
22     A.  Yes.
23     Q.  Is that something that you later explored?
24     A.  Yes.  Definitely I think that was as the
25 thesis work of Dr. Yan.

Page 85

1      Q.  Turning to -- this is the appendix,
2  looking at Pages 63 to 56 of Exhibit 8, do you
3  understand this to be a summary of all experiments
4  during Mr. Israel's thesis?
5      A.  Yes.
6      Q.  And let me just draw your attention to
7  DP16b down here.  We have both columns.  We have the
8  deposition time, average temp, temp range, pressure,
9  methane concentration, growth rate in terms of
10 milligrams per hour, C2-to-CH ratio and
11 C2-to-hydrogen alpha ratio.
12         So for DP16, how long was the deposition?
13     A.  I don't recall.  I think his typical
14 experiments were maybe a couple of hours with each
15 sample.
16     Q.  Based on the table, what is the deposition
17 time?
18     A.  Oh, okay.  That says 13 and a half hours.
19     Q.  Thirteen and a half hours.
20         And what was the average temperature?
21     A.  He basically is taking that 1071 to 1195
22 and averaging 1170.
23     Q.  So during the run, the temperature ranged
24 from 1071 degrees C to 1195 degrees C?
25     A.  Yes.

**Page 126**

1  page 3 of Vohra Exhibit 10 -- it also mentions using
2  the same stage of design producing a .6-millimeter
3  thick diamond by adding a little bit of oxygen.
4      Do you see that?
5      A.  Yes.
6      Q.  And then you have lowered the growth
7  temperature, keeping the rest of the conditions the
8  same.
9      What happened when you tried to grow below
10 a thousand degrees -- in these experiments when you
11 tried to grow below 1000 degrees C without oxygen?
12 What was the result?  Do you remember?
13     A.  I don't recall the specifics.  But oxygen
14 was known to remove graphite deposits.  So it
15 improves the crystalline quality.  But the downside
16 is that it reduces the growth rate.
17     Q.  So without oxygen -- I'm sorry.
18     A.  So using oxygen is kind of a balance
19 between the quality and the crystal.
20     Q.  So below a 1000 degrees C without oxygen,
21 you grew spherical black diamond-like carbon?
22     A.  That's right.
23     Q.  But when you added oxygen, it allowed you
24 to reduce the growth temperature and still get
25 diamond; right?

**Page 127**

1      A.  Yes.
2          MR. LONG:  All right.  Let me introduce
3      now Exhibit 11.
4          (DEPOSITION EXHIBIT 11 WAS MARKED FOR
5          IDENTIFICATION.)
6  BY MR. LONG:
7      Q.  I'm going to represent to you this was the
8  Provisional Application filed for the 078 patent on
9  November 7, 2001.  And I'd like to direct your
10 attention to page 6 of Exhibit 11, Figure 2.
11     Do you know what this is?
12     A.  That is a substrate holder.
13     Q.  Can you describe it for us, please.
14     A.  There's a diamond seed in the center, and
15 then there is a molybdenum sheet around it.
16     Q.  Okay.  And it's touching the sides of the
17 diamond?
18     A.  Yes.
19     Q.  And the diamond seed is sticking out just
20 a little bit above it?
21     A.  Yes.
22     Q.  So is this actually physically what is
23 being described in the 078 patent, this design?
24     A.  Yes.
25     Q.  When you measured the substrate, how many

**Page 128**

1  pyrometers did you use?
2      A.  I don't recall those details.
3      Q.  Did you use more than one?
4      A.  I don't recall.
5      Q.  Do you recall ever using more than one
6  pyrometer to measure temperature in your lab?
7      A.  Not at UAB.  In UAB, we used only one
8  pyrometer.
9      Q.  Using one pyrometer at a single spot, can
10 you determine a temperature gradient?
11     A.  If you can focus on different areas, from
12 the edges to the center to the other edge, you can
13 get -- especially for a large substrate, you can get
14 a temperature gradient.
15     Q.  So you have to move -- I'm sorry.  Go
16 ahead.
17     A.  So you can focus on different parts of a
18 diamond crystal.  If you have a large substrate and
19 you have, you know, like a 2-millimeter focusing
20 area, you can manually scan the surface and get an
21 idea of the temperature gradient.
22     Q.  So you have to physically move where the
23 pyrometer is pointing?
24     A.  Yeah.  You can just move it and focus on
25 different areas.

**Page 129**

1      Q.  Is that something you did as part of your
2  process?
3      A.  Yeah.  We used to measure the temperature
4  gradient all the time.
5      Q.  Is that something you can control with the
6  process parameters?
7      A.  Repeat that question again, please.
8      Q.  Is that something you can control by
9  adjusting the microwave power or the gas flows or
10 the pressure?
11     A.  You mean the uniformity of the diamond
12 temperature distribution?
13     Q.  Correct.
14     A.  I think it's a very complicated function
15 of the heat sinking and the nth of power.  So it's
16 really hard to make a generalized statement.  I
17 think it really depends on the substrate holder
18 design, which is critical in controlling the
19 uniformity of temperature.
20     Q.  Did you ever design any automatic control
21 feedback loops that would adjust the temperature
22 uniformity?
23     A.  Yeah.  We have experimented with, you
24 know, changing the height of the diamond and have it
25 grow bigger, you pull it down, and we have

Vohra, Yogesh K.                                                July 31, 2020

39 (Pages 150 to 153)

---

Page 150

1  Q. So you talked earlier about how a two-color averages the temperatures within that little spot. Is that right?
4  A. Yes.
5  Q. Or roughly average. So my question is, if you're measuring, let's say, the center of a diamond with this pyrometer, will the pyrometer be able to tell you what the coldest point on the diamond is?
9  A. No.
10 Q. Because it's going to take an average; is that right?
12 A. Yes.
13 Q. Okay. Will it be able to tell you what the hottest point on the grill surface is?
15 A. Can you repeat the question? Are you doing measuring only at the center?
17 Q. No. Now let's say you move it to the edge. Okay? Will it be able to tell you what the hottest points on the edge is?
20 A. Sure. If you can do the scanning across the edges and you can definitely measure the gradient within that revolution of 2 millimeters, you can find the hot spot. With hot spots, you can also probably target visually -- usually they come back of the graphite formation on the edges.

Page 151

1  Q. So when you get kind of -- I will call it -- non-monocrystalline growth at the edges, that's a sign of a hot spot; is that correct?
4  A. I think this would be a very difficult determination to make because you may be getting non-diamond growth because it is not a (100) surface, so it may not necessarily be related to temperature. It could be that you have (111) surface exposed.
10 Q. All right. What if the non-monocrystalline growth is on the (100) surface. Then do you think it would be because of temperature?
14 A. It could be then because the temperature may be too high for -- temperature be too high there and graphite is nucleated, yeah.
17 Q. So the temperature is too hot at that location, and it's -- which is much hotter than the center of the diamond?
20 A. That's right.
21 Q. So I just want to go back to this example, briefly. Let's say you cite this pyrometer on a hot spot, and the hot spot is at -- you know, it's hot but it has multiple different temperatures in it. Okay? It has a range of temperatures in the hot

Page 152

1  spot. Will this pyrometer be able to tell you what the hottest temperature in that spot is?
3  A. No. It will only give you an average temperature. Because the way it works is it really is taking a ratio of the infrared light coming out and calculating. So you have really no way to find the maximal or minimal temperature.
8  Q. So let's say you poke this at the edge, and then you put this at the center, you might be getting a temperature gradient reading that is much too low because of this averaging; is that correct?
12 A. Yeah. It's definitely not accurate.
13 Q. Okay. All right. All right. So let me move on to Exhibit 11, which is the 078 patent.
    I'm sorry. Maybe it's Exhibit 12. Yeah, it's Exhibit 12. I apologize.
    So if you took this patent, what do you think the kind of -- the main thrust of the invention here was?
20 A. I think it was multipronged because of the gross chemistry substrate design of the holder.
22 Q. Okay.
23 A. Also some of the innovation was in terms of translation of the diamond stage.
25 Q. Okay.

Page 153

1  A. So it's really multiple levels. It's hard to say this one thing.
3  Q. Okay. Absolutely. I want to go to -- I want to jump to Claim 1 which is on page -- well, it's actually on page 18, the part I'm looking at. Let me -- I will zoom in for you.
    Do you see that, those highlights?
8  A. Yes.
9  Q. Okay. So do you think this is something that all diamond -- I'm sorry -- that all MPCVD diamond chambers do?
12 A. It's really not just a question of the temperature reading; it's not just the diamond chamber; it also depends, of course, on the heat sink design at the substrate holder.
16 Q. Sure. Absolutely.
17 A. So I think there are innovations there which reduces this temperature gradient. So it's not just a generic block MPCVD system would do this. You have to, of course, have the appropriate substrate holder design to achieve that, to achieve the results.
23 Q. Right. Like the design shown in Fig. 2B?
24 A. Yes.
25 Q. Okay. So let's say that you have just

**154**

1  kind of the generic flat substrate design. It's
2  just a big flat plate. If you saw that in the
3  system, would you think that this -- that that
4  system was capable of performing this?
5      A.  In general, you have to really have
6  appropriate design of heat sink for the diamond to
7  achieve this.
8      Q.  Right. But it -- I'm sorry?
9      A.  It can get quite hot. So, yeah, an
10 average chamber would not do that.
11     Q.  Okay. Why will the edges get so hot if
12 you're using a flat substrate holder?
13     A.  I think it's a question of heat sinking
14 the sides of the diamond crystal. So if the edges
15 are freestanding, then there is a chance of having a
16 thermal runaway, then you have some graphite
17 formation which is conducting, and it's more like an
18 antenna.
19     Q.  What if you have -- scratch that. So do
20 you think it would be possible to grow gem-quality-
21 single-crystal diamond without doing this,
22 performing this feature?
23         MS. FOWLER: Object to the form. Calls
24     for speculation.
25         THE WITNESS: I really don't know whether

**155**

1  this is really a necessary condition. There
2  may be other factors. So it's really hard for
3  me to make any -- this definitely helps. But
4  to say this is the only condition is also not
5  -- not correct.
6  BY MR. LONG:
7      Q.  So there are other ways of growing
8  gem-quality single-crystal diamonds other than doing
9  this?
10     A.  Again, without knowing the details, I
11 cannot say one way or the other.
12     Q.  Okay.
13     A.  It depends on the design of the reactor,
14 design of the substrate holder, and definitely
15 reducing the thermal gradient helps.
16     Q.  Okay. Absolutely. Do you think that the
17 reactors in your lab currently perform this
18 functionality?
19     A.  You know, we have several different
20 reactors at UAB, so it depends on the design. And
21 in some experiments, we can get that. But when we
22 are growing the quality crystalline diamond, we
23 really don't care about these temperature gradients;
24 so in our homoepitaxial diamond growth experiments,
25 we can get that.

**156**

1      Q.  Okay. So let's talk about when you grow
2  diamonds that are -- I will call it a large central
3  crystal in the middle surrounded by polycrystalline
4  diamond. I think you indicated that some of your
5  experiments might produce that result; is that
6  correct?
7      A.  Yeah. Do you mean if we start with a
8  single-crystal diamond and we have some
9  polycrystalline growth at the edges?
10     Q.  Yes. So you start with a single-crystal
11 seed, and you grow upwards, and what you get is
12 single-crystal in the center and polycrystalline
13 surrounding it?
14     A.  Yes. That can happen, yes.
15     Q.  Okay. When that happens, do you think
16 that the temperature difference between, you know,
17 the coldest point and the hottest point on the
18 growth surface was less than 20 degrees Celsius?
19     A.  Again, it is -- you know, I cannot
20 generalize for different CVD reactors and different
21 designs.
22     Q.  Sure.
23     A.  So I cannot make an equal statement that
24 this is really -- this is, of course, one way to
25 have CVD Celsius temperature gradient, but there

**157**

1  could be other factors as well to grow CVD diamond.
2  But what you are asking, if you don't have the
3  degree, you will always get polycrystalline growth,
4  I don't know about that.
5      Q.  But let's say you do get, you know, a
6  significant amount of polycrystalline growth.
7      A.  That could be due to several reasons: One
8  is the temperature. Another could be the geometry
9  of the substrate as well. How many (inaudible)
10 exposed to the plasma? That's really complicated
11 situation to make a definitive statement.
12     Q.  Absolutely. So when you're talking about
13 the growth surface here, let's say you have a
14 diamond with essential crystal surrounded by
15 polycrystalline diamond. What would you consider
16 the growth surface to be?
17     A.  Most of the growth studies are done with
18 one little bit of surface. So I would say that, you
19 know, the growth surface, at least in the center
20 part, is (100).
21     Q.  Okay.
22     A.  And so that's where, you know, most of the
23 single-crystal diamond growth experiments are done.
24         And on (111) surfaces, you know, if you
25 grow for a while, they always show cracking. So

**162**

1   Q.  Okay.
2   A.  This was not done in my lab, so I don't
3   want to make any inaccurate statements.
4   Q.  Okay.  That makes sense.  I will stop
5   asking about it.
6       All right.  I'm going to jump down to --
7   this is Column 6 on page 13.  And here I'm going to
8   highlight something.  Can you read that sentence for
9   me, please?
10  A.  "Precise control over growth surface
11  temperatures and growth surface temperature
12  gradients prevents the formation of polycrystalline
13  diamond or twins such that a large single crystal
14  diamond can be grown."
15  Q.  So can you explain in different words what
16  you interpret that sentence to mean?
17  A.  What it really means is that -- I think we
18  have been discussing during this deposition the
19  surface temperature control either through microwave
20  power adjustments or to, you know, the diamond stage
21  and cross process can be controlled.
22  Q.  Sure.
23  A.  And the surface gradient can be controlled
24  by a proper heat sink design of the substrate hold.
25  So those are really the two key innovations in this

**163**

1   patent.  That's what it really means in a nutshell.
2   Q.  Sure.  And so what -- I guess -- I'm
3   trying to get to the second portion of this sentence
4   where it talks about "prevents the formation of
5   polycrystalline diamond or twins."
6       Do you see that?
7   A.  Yes.  So unless those conditions are not
8   satisfied -- as explained in this patent, you can
9   get polycrystalline growth, and that is a limiting
10  factor for growing large crystals.
11  Q.  So if you had --  would it be accurate to
12  say that if you have polycrystalline diamonds or
13  twins, you didn't exert precise control over growth
14  surface temperature gradients?  Would that be
15  correct?
16  A.  And if your plasma chemistry is not
17  correct.  If you have too much carbon -- so, again,
18  I think this is really a multivariable thing.  It's
19  hard to pin down on the temperature gradient and the
20  unique form of temperature.  Your plasma chemistry
21  also has to be correct for single-crystal growth.
22  So it's combined with the plasma chemistry.
23  Q.  So if we could just focus on these.  Are
24  you trying to say that you need -- in order to
25  control all temperature gradients to less than or

**164**

1   equal to 20 degrees Celsius, you would need to have
2   precise control over the microplasma and good heat
3   sinking?  Is that what you're saying?
4   A.  I'm saying these two things that you have
5   highlighted, these are the necessary conditions, but
6   they are not sufficient.  You have to have the right
7   plasma chemistry in addition to having these two
8   things.  So I'm saying these are necessary
9   conditions, but they are not sufficient.
10  Q.  Okay.  Are you saying that you need to
11  have precise control over growth surface temperature
12  gradients to grow gem-quality diamonds?
13  A.  Yes.
14  Q.  Okay.  How would you know if someone had
15  precise control over the temperature gradients?
16  A.  I think that's really -- you have to
17  really come up with a spatial resolve measurements
18  of the substrate temperature.  And there are -- they
19  have to have better than 2 millimeters -- basically
20  you are measuring the black body radiation coming
21  out of -- so if you -- in principle, you can scan
22  the entire surface and get a good temperature
23  control or temperature measurement.
24  Q.  Okay.  So are you saying that in order to
25  perform control over growth surface temperature

**165**

1   gradients, you would need to perform temperature
2   gradient measurement?
3   A.  Yes.  Yes, you have to correct the
4   temperature gradients and monitor that temperature
5   during that entire gross run.
6   Q.  Okay.  So you need to measure the
7   temperature gradients throughout the entire growth
8   run, is that --
9   A.  Yes.  And also control the absolutely
10  average temperature over time.
11  Q.  Right.  Okay.  So down here it says
12  that -- let me delete this.  Here it says "The
13  ability to control all temperature gradients across
14  the growth surface is influenced by several
15  factors," and it lists some factors and then it
16  talks about the detection capabilities of the
17  infrared pyrometer.
18      Do you see that?
19  A.  Yes.
20  Q.  Okay.  So can you explain what the patent
21  is saying there?
22  A.  Again, you know, I'm not familiar with,
23  you know, the spatial revolution of the pyrometer at
24  Carnegie; so I cannot really say with certainty that
25  you can -- it boils down to the spatial resolution

Vohra, Yogesh K.                                                  July 31, 2020

46 (Pages 178 to 181)

### Page 178

1  holder?  02:46:54
2  A.  Yeah.  That's what it would imply.  02:46:58
3  Q.  Okay.  Sure.  Now, I want to go to -- oh,  02:47:03
4  let me ask you a question.  Is there a difference in  02:47:22
5  surface morphology between single-crystal diamond  02:47:25
6  and polycrystalline diamond?  02:47:29
7  A.  Yes.  02:47:36
8  Q.  Okay.  So now I'm going to go to the same  02:47:40
9  document.  I'm going to go to Paragraph 152.  It  02:47:45
10 talks about temperature gradient and heat-sinking  02:47:57
11 holder.  02:48:08
12     Do you see that?  02:48:15
13 A.  Yes.  02:48:16
14 Q.  Okay.  Now, it lists a few temperature  02:48:22
15 gradients across the growth surface.  It says less  02:48:24
16 than 100, less than 50, 40, 30, 20, 10.  02:48:27
17 A.  Yes.  02:48:34
18 Q.  Okay.  What would a diamond with a  02:48:38
19 temperature gradient across the growth surface of  02:48:44
20 100 degrees Celsius look like compared to one with  02:48:47
21 10 degrees Celsius?  02:48:54
22 A.  I really don't recall those details.  02:49:00
23 Q.  Okay.  So do you remember if you grew a  02:49:07
24 diamond with a temperature gradient of 100 degrees  02:49:12
25 Celsius?  02:49:16

### Page 179

1  A.  I don't remember those details.  02:49:17
2  Q.  So I just want to go back to -- so this  02:49:27
3  sentence here: "This results in samples with a  02:49:38
4  widely varied surface morphology indicating an  02:49:42
5  uneven thermal gradient across the surface."  02:49:44
6      So if you had a diamond that had kind of a  02:49:49
7  large crystal in the center and polycrystalline  02:49:56
8  diamond on the sides, would that indicate a widely  02:50:00
9  varied surface morphology?  02:50:05
10 A.  Not necessarily.  Because you could have  02:50:15
11 the center portion small with (100) growth, and then  02:50:17
12 on the edges, you may have -- so your surface  02:50:23
13 morphology in the center may be very small, but you  02:50:27
14 still have polycrystalline on the outside.  02:50:29
15 Q.  What about the transition region between  02:50:35
16 the single-crystal in the center and the polycrystal  02:50:38
17 on the side?  02:50:43
18 A.  That would be a case of a different  02:50:51
19 morphology.  02:50:55
20 Q.  So that would be a case of different  02:50:56
21 surface morphologies?  Is that what you said?  02:50:58
22 A.  Yes.  That's correct.  02:51:01
23 Q.  Okay.  Great.  So let's say you want --  02:51:02
24 going back to Paragraph 152, but let's say you  02:51:20
25 wanted to achieve a temperature gradient across the  02:51:23

### Page 180

1  growth surface of less than 20 degrees or 10 degrees  02:51:28
2  or even -- let's say less than 30 degrees.  What do  02:51:31
3  you think you would require in order to accomplish  02:51:43
4  that?  02:51:46
5  A.  I think it would be the substrate holder  02:51:58
6  design.  02:52:01
7  Q.  The one that contacts the diamonds on  02:52:03
8  their sides?  02:52:05
9  A.  Correct.  Yes.  02:52:06
10     (DEPOSITION EXHIBIT 103 WAS MARKED FOR  02:52:06
11     IDENTIFICATION.)  02:52:06
12 BY MR. SNOW:  02:52:08
13 Q.  Okay.  So now I want to go Exhibit 103.  02:52:08
14     Dr. Vohra, is this -- are you an author of  02:52:37
15 this paper?  02:52:40
16 A.  Yes, I am.  02:52:42
17 Q.  Okay.  And is Chih-shiue Yan, is he a  02:52:45
18 co-inventor of the 078 patent?  02:52:51
19 A.  Yes, he is.  02:52:56
20 Q.  And did you write this paper together?  02:52:58
21 A.  Yes, we did.  02:53:02
22 Q.  Okay.  So let's go down.  And I know you  02:53:06
23 have kind of seen maybe a little bit lower-quality  02:53:13
24 versions of these pictures earlier today because I  02:53:18
25 think that some of these were in the Yan  02:53:21

### Page 181

1  dissertation.  But I wanted to talk about some of  02:53:27
2  these pictures, if that's okay with you.  02:53:29
3  A.  Okay.  02:53:32
4  Q.  So, first, I want us to look at this  02:53:38
5  diamond, DRUK1.  02:53:46
6  A.  Okay.  02:53:48
7  Q.  So is this area in the center all one big  02:53:50
8  crystal?  02:54:02
9  A.  It is.  02:54:03
10 Q.  Okay.  What's the black stuff around the  02:54:05
11 edges?  02:54:09
12 A.  Most likely some graphite nucleation.  02:54:13
13 Q.  Okay.  Is this -- in your experience, is  02:54:18
14 this kind of a pretty good surface morphology or a  02:54:29
15 poor one?  02:54:35
16 A.  I would say if you go up, DRUK2, that's a  02:54:37
17 better one.  02:54:41
18 Q.  This one?  02:54:46
19 A.  Yes.  Because you can see, you are  02:54:46
20 beginning to develop -- remember, this is a circular  02:54:49
21 plate, so you have the upper edges which are (100)  02:54:53
22 surface on the side.  So this one has a much better  02:54:57
23 morphology than the other one.  02:55:03
24 Q.  Okay.  02:55:05
25 A.  So out all of these pictures, this is the  02:55:06

**186**

| | | |
|---|---|---|
| 1 | amount of twinning and polycrystalline growth on the | 03:15:05 |
| 2 | side here? | 03:15:09 |
| 3 | A.  Yes. | 03:15:10 |
| 4 | (DEPOSITION EXHIBIT 105 WAS MARKED FOR | 03:15:10 |
| 5 | IDENTIFICATION.) | 03:15:10 |
| 6 | BY MR. SNOW: | 03:15:11 |
| 7 | Q.  Okay.  So now let me jump to Exhibit 105. | 03:15:11 |
| 8 | And so are you familiar with this paper? | 03:15:20 |
| 9 | A.  I looked at it when I got it from my | 03:15:33 |
| 10 | attorney, David Mellon, yesterday. | 03:15:36 |
| 11 | Q.  Did you have any thoughts on it? | 03:15:41 |
| 12 | A.  I didn't spend much time reading it, but | 03:15:46 |
| 13 | I'm aware of this group's work. | 03:15:51 |
| 14 | Q.  Okay.  So let's talk about Figure 2 here. | 03:16:00 |
| 15 | Do you think that these show grown diamonds? | 03:16:10 |
| 16 | A.  They're all -- of course they are all CVD | 03:16:19 |
| 17 | grown, but at this resolution it is difficult to say | 03:16:22 |
| 18 | that, you know, they are monocrystalline or not. | 03:16:24 |
| 19 | Q.  Why might they be non-monocrystalline? | 03:16:31 |
| 20 | A.  Again, I don't see any X-ray data on this | 03:16:39 |
| 21 | paper.  So that's the commonality. | 03:16:43 |
| 22 | (DEPOSITION EXHIBIT 106 WAS MARKED FOR | 03:16:47 |
| 23 | IDENTIFICATION.) | 03:16:47 |
| 24 | BY MR. SNOW: | 03:16:48 |
| 25 | Q.  Okay.  Makes sense.  So let's skip this | 03:16:48 |

**187**

| | | |
|---|---|---|
| 1 | and go straight to Exhibit 106.  Let me start at the | 03:16:51 |
| 2 | top.  Are you familiar with this paper? | 03:16:58 |
| 3 | A.  Again, I got it from the attorney | 03:17:04 |
| 4 | yesterday and I really have glanced through it. | 03:17:10 |
| 5 | Q.  Okay.  No problem.  So I'm not going to | 03:17:15 |
| 6 | talk about this in detail, but it's just some | 03:17:19 |
| 7 | pictures here, Figure A and Figure B or Fig. 2-A and | 03:17:22 |
| 8 | Fig. 2-B.  What do you see here in these photographs | 03:17:34 |
| 9 | and what are the differences between them if you're | 03:17:39 |
| 10 | able to see any? | 03:17:42 |
| 11 | A.  Well, not knowing much else, I would -- it | 03:17:51 |
| 12 | appears that the "B" is of higher quality growth. | 03:17:54 |
| 13 | Q.  So does A have in the uneven surface | 03:18:01 |
| 14 | morphology around its edge? | 03:18:07 |
| 15 | A.  Yes. | 03:18:14 |
| 16 | Q.  What would that be evidence of while it | 03:18:15 |
| 17 | was growing?  Or what would that tell you about his | 03:18:20 |
| 18 | growth conditions? | 03:18:37 |
| 19 | A.  I really cannot comment without really | 03:18:39 |
| 20 | knowing all of the details about their -- | 03:18:43 |
| 21 | Q.  Okay.  No problem. | 03:18:51 |
| 22 | A.  -- details about their substrate holders | 03:18:54 |
| 23 | and their chemistry and all of the other details. | 03:18:58 |
| 24 | (DEPOSITION EXHIBIT 107 WAS MARKED FOR | 03:19:01 |
| 25 | IDENTIFICATION.) | 03:19:01 |

**188**

| | | |
|---|---|---|
| 1 | BY MR. SNOW: | 03:19:02 |
| 2 | Q.  Okay.  No problem.  Jumping straight ahead | 03:19:02 |
| 3 | to Exhibit 107 and same questions. | 03:19:05 |
| 4 | Are you familiar with this paper or these | 03:19:13 |
| 5 | authors? | 03:19:16 |
| 6 | A.  Not a great familiarity.  Again, I got | 03:19:22 |
| 7 | this from my attorney yesterday. | 03:19:28 |
| 8 | Q.  Okay.  No problem.  So I'm not going to go | 03:19:30 |
| 9 | to the text.  Instead, we will go to this diamond, | 03:19:31 |
| 10 | Figure 10.  You can see that.  And now admittedly | 03:19:49 |
| 11 | we're understanding you're not familiar with this | 03:19:56 |
| 12 | paper.  But given this diamond, what would you say | 03:19:58 |
| 13 | about its surface morphology? | 03:20:02 |
| 14 | A.  This one looks like good surface | 03:20:05 |
| 15 | morphology.  You see sharp edges on the outside; so | 03:20:15 |
| 16 | not that much evidence of polycrystalline growth. | 03:20:18 |
| 17 | Q.  And would that indicate that at least | 03:20:24 |
| 18 | possibly that the temperature gradient on the gross | 03:20:28 |
| 19 | surface was small during growth? | 03:20:33 |
| 20 | A.  Yes. | 03:20:38 |
| 21 | Q.  Okay.  Now, just briefly jumping back up | 03:20:42 |
| 22 | to this one.  Same questions about this diamond. | 03:20:47 |
| 23 | What do you notice about its surface morphology? | 03:20:58 |
| 24 | A.  Obviously, you know, it is kind of rough | 03:21:02 |
| 25 | at the edges, polycrystalline growth.  Yeah.  So | 03:21:04 |

**189**

| | | |
|---|---|---|
| 1 | definitely a lot different than the one you showed | 03:21:12 |
| 2 | before. | 03:21:15 |
| 3 | Q.  Right.  And what would this tell you -- | 03:21:18 |
| 4 | what would this surface morphology tell you about | 03:21:23 |
| 5 | the temperature gradient during growth? | 03:21:28 |
| 6 | A.  Again, I think I would clearly -- without | 03:21:38 |
| 7 | really knowing all of the details about the | 03:21:44 |
| 8 | chemistry and the holder design for different shapes | 03:21:46 |
| 9 | from here, I really cannot comment on that. | 03:21:50 |
| 10 | Q.  Okay.  And this is, just quickly, the last | 03:21:54 |
| 11 | series of questions. | 03:21:59 |
| 12 | So you mentioned here that you would need | 03:22:02 |
| 13 | to know about the holder design in order to comment | 03:22:07 |
| 14 | on the temperature gradient.  Is that what you said? | 03:22:11 |
| 15 | A.  Yes. | 03:22:18 |
| 16 | Q.  So what would you need to know about the | 03:22:18 |
| 17 | holder? | 03:22:20 |
| 18 | A.  Not just with the holder design, but also | 03:22:26 |
| 19 | the reactor design, the cooling capacity, and | 03:22:29 |
| 20 | gaseous chemistry; so I think it's hard to really | 03:22:36 |
| 21 | extrapolate just with one variable about the | 03:22:41 |
| 22 | temperature gradient. | 03:22:44 |
| 23 | Q.  Sure.  But you mentioned the holder design | 03:22:47 |
| 24 | specifically.  Would it be important for you to know | 03:22:51 |
| 25 | whether it's a side contact holder versus an open | 03:22:57 |

**190**

1  holder?
2   A. Yes. That's correct. That would be one
3  thing that you would like to know right away.
4   Q. In order to know whether the temperature
5  gradients were low during growth; is that correct?
6   A. Yes.
7       MR. SNOW: Okay. Thank you very much,
8  Dr. Vohra. I think Leydig would like to
9  reserve a few minutes for Cross based on this
10 follower's questions, but that's all I have for
11 now. Thank you very much for your time.
12      MS. FOWLER: If we could take a quick
13 5 minutes for me to get my notes in order. Is
14 that okay with everyone?
15      THE VIDEOGRAPHER: The time is 3:23, and
16 we are off the record.
17      (A BRIEF RECESS WAS HELD.)
18      THE VIDEOGRAPHER: The time is 3:30 p.m.,
19 and we are on the record.
20              EXAMINATION
21 BY MS. FOWLER:
22  Q. Hello again, Dr. Vohra. I'm Sarah Fowler.
23 I represent the plaintiff Carnegie. Thank you very
24 much for your time. I just a few quick questions,
25 and I will try to make this brief.

**191**

1      Is my screen share working? Can you see
2  that?
3   A. Yes, I can.
4       THE COURT REPORTER: Excuse me.
5       (A DISCUSSION WAS HELD OFF THE RECORD.)
6  BY MS. FOWLER:
7   Q. Okay. Sorry for the interruption,
8  Dr. Vohra. I'd just like to direct your attention
9  to Column 6 of the 078 patent here. And
10 specifically at line 55 here. It's discussing
11 controlling the temperature gradients. And it says
12 "The ability to control all of the temperature
13 gradients across the growth surface of the diamond
14 136 is influenced by several factors, including the
15 heat-sinking capability of the stage 124, the
16 positioning of the top surface of the diamond in the
17 plasma 141, the uniformity of the plasma 141 that
18 the growth surface of the diamond is subjected to,
19 the quality of thermal transfer from edges of the
20 diamond via the holder or sheath 134 to the stage
21 124, the controllability of the microwave power,
22 coolant flow rate, coolant temperature, gas flow
23 rates, reactant flow rate, and the detection
24 capabilities of the infrared pyrometer 142."
25     Would you agree, Dr. Vohra, that these are

**192**

1  all factors that can influence the temperature
2  gradients on the growth surface?
3   A. Yes, I do.
4       MS. FOWLER: And can I ask you, J.P. or
5  someone, are you able to put up -- there's an
6  exhibit I did not have access to. My Internet
7  was out. It's Exhibit 5. Would someone else
8  be able to pull that up for me?
9       MR. SNOW: This is Max. I can pull it up.
10 Do you want me to start sharing my screen?
11      MS. FOWLER: That would be great. If you
12 wouldn't mind pulling up Exhibit 5, and we will
13 be going to page 22.
14      MR. SNOW: Okay. Give me a second.
15      MS. FOWLER: Appreciate it. Thank you.
16      MR. SNOW: Sure. So page 22?
17      MS. FOWLER: Page 22, that's right.
18 BY MS. FOWLER:
19  Q. This is Vohra Exhibit 5. Dr. Vohra, can
20 you just describe what is in Figure 1.3, please?
21  A. Yes. So this one has a 1.2-kilowatt
22 microwave power supply. It has a coupler which
23 couples the microwave to the chamber below. And it
24 has that two-color pyrometer for measuring the
25 diamond temperature.

**193**

1   Q. And is this the same equipment setup that
2  you testified about earlier today?
3   A. Yes.
4   Q. Great. And the pyrometer, it's labeled
5  two-color optical pyrometer. That's to the right in
6  blue; is that correct?
7   A. Yes.
8   Q. Can you tell me what is the approximate
9  distance between the pyrometer and the reaction
10 chamber?
11  A. It would be approximately about
12 45 centimeters.
13  Q. And did that distance vary at all or has
14 the pyrometer been at the same distance since you
15 initially set up the lab to the present?
16  A. It has been at the same distance. We
17 don't change the location. The only thing that we
18 do is, depending on the substrate, we adjust the
19 focus a little bit. So the distance is not changed.
20  Q. And how do you adjust the focus?
21  A. Actually control at the back of the
22 pyrometer which can adjust the focus so you can
23 focus on different substrates.
24  Q. Great. And then the pyrometer is aimed at
25 what looks to be a viewing window? Is that what you

**Page 210**

1  A. Yeah. That's contained in the substrate
2  design, where there's the pressure at which you
3  squirt the coolant at the back of the stage.
4  Q. At the back of the stage? So in your
5  view, the patent describes how to increase the
6  coolant flow?
7  A. Again, you know, without -- I have to
8  really read it very carefully to make a statement
9  like that.
10 Q. Do you remember inventing a way to improve
11 the coolant temperature?
12 A. The coolant temperature -- I mean, you can
13 use different materials for cooling and different
14 liquids which have different feeding points; so
15 that's -- that's one way to do this.
16 Q. And did you describe those in the patent?
17 A. Again, I cannot comment until I really
18 look at it carefully.
19 Q. How do you get the coolant temperature?
20 Does the chiller do that?
21 A. I mean, you can set -- basically, you can
22 generate heat if you want higher temperatures.
23 There's a coil which controls the coolant
24 temperature.
25 Q. Just so I understand, you control the

**Page 211**

1  coolant temperature by putting a setting into the
2  chiller; correct?
3  A. That's right. Basically that's a small
4  heating coil which changes the temperature.
5  Q. Did you invent a new chiller?
6  A. No. No. But I'm just saying that that's
7  one way to modify, you know, the cooling
8  characteristics.
9  Q. Was that new to people? Did they not know
10 how to do that?
11 A. No. That is an established technology.
12 The coolant -- the chiller and those are established
13 technologies.
14 Q. Right.
15 A. The power rating and for a given
16 application is what we adopt to a specific reactor.
17 Q. Okay. Just one more quick question about
18 the sentence before. It says "Precise control over
19 the growth surface temperatures and growth surface
20 temperature gradients prevents formation of
21 polycrystalline diamond, or twins, such that a large
22 single-crystal diamond can be grown."
23 Is there a difference in surface
24 temperatures and growth -- excuse me. Is there a
25 difference in growth surface temperatures and growth

**Page 212**

1  surface temperature gradients?
2  A. Yeah. One is referring to, you know, the
3  absolute temperature, and another is referring to
4  the gradient, which is how much per micron of the
5  surface the temperature changes if you move along
6  one axis; so one is an absolute value and the other
7  is the gradient with respect to the distance.
8  Q. Sorry. Didn't mean to interrupt you.
9  A. These are two different quantities. One
10 is the absolutely temperature. One is what we
11 called Delta D, Delta R which is the gradient of the
12 temperature.
13 Q. And that's measured in -- so surface
14 temperature is measured in degrees C; correct?
15 A. That's right.
16 Q. And temperature gradient is measured in --
17 A. C per micron or per 100 micron.
18 Q. Is it fair to say that the temperature of
19 the growth surface is what you're measuring with the
20 pyrometer at a single spot?
21 A. Yes.
22 Q. And the temperature gradient would be the
23 difference in temperature over the surface; correct?
24 A. That's correct.
25 Q. So when you're talking here in this

**Page 213**

1  sentence about controlling the temperature, what
2  you're talking about is the absolute temperature as
3  a function of time. Is that right?
4  A. That's correct.
5  Q. And how do you adjust the absolute
6  temperature as a function of time?
7  A. Absolute temperature as a function of time
8  is by adjusting either the microwave power or
9  changing the sample height. Those are the two
10 simpler ways of doing it.
11 Q. And how do you control the growth surface
12 temperature gradient?
13 A. That will be with the heat sinking.
14 Q. Okay.
15 A. By the design that is described in the
16 patent.
17 Q. The design with the thermal contact at the
18 edges?
19 A. Yes.
20 Q. Okay. All right. I will let -- I think
21 I'm finished. I will let Max ask if he has any
22 further questions.
23      EXAMINATION
24 BY MR. SNOW:
25 Q. Dr. Vohra I have one kind of quick

214

```
 1    question.  I'm going to share my screen also.        04:08:57
 2          So I'm going to Exhibit 55.  I think you        04:09:11
 3    might have seen this briefly today.  But do you       04:09:18
 4    recognize this document?                              04:09:22
 5       A.  Yes.  It is Ph.D. thesis of my student         04:09:24
 6    Dr. Samudrala.                                        04:09:28
 7       Q.  And I'm going now to page 53 of the thesis    04:09:36
 8    which is page 67 of the Exhibit.                      04:09:56
 9          Are you there?                                  04:10:05
10       A.  Yes.                                           04:10:06
11       Q.  Can you read this sentence and tell me         04:10:09
12    what it means?                                        04:10:11
13       A.  "Any small variation in growth conditions     04:10:13
14    can lead to huge changes in the behavior of growth   04:10:16
15    radicals in the plasma near the substrate surface,   04:10:18
16    and it is nearly impossible to account for all       04:10:21
17    possible changes in a theoretical explanation."      04:10:23
18       Q.  What does that mean to you?                    04:10:31
19       A.  I think it is a graduate student.  They       04:10:35
20    are saying that it is a complicated multiparameter   04:10:39
21    problem.                                              04:10:42
22          MR. SNOW:  Okay.  That's all the questions     04:10:48
23    I have.  So I don't know -- unless, Sarah, you       04:10:50
24    wanted to ask something more?                         04:11:05
25          Sarah, we can't hear you, but you shook        04:11:11
```

215

```
 1    your head, so I'm guessing that means no.             04:11:13
 2          MS. FOWLER:  You're correct.  There's           04:11:17
 3    nothing further from plaintiffs.                      04:11:18
 4          Thanks.                                         04:11:19
 5          MR. SNOW:  Then I think we're finished.         04:11:23
 6    Thank you very much for your time, Doctor.            04:11:26
 7          THE WITNESS:  Thank you very much.              04:11:28
 8          THE VIDEOGRAPHER:  I'll do a quick              04:11:33
 9    read-off, and then we will be okay.                   04:11:34
10          Today is July 31, 2020.  The time is            04:11:38
11    4:11 p.m.  This completes today's deposition of      04:11:40
12    the Yogesh Vohra, and we are off the record.         04:11:45
13          (THE DEPOSITION OF YOGESH K. VOHRA, Ph.D.,
14          WAS CONCLUDED AT 4:11 P.M.)
15
16              - - -
```

216

```
 1              C E R T I F I C A T E
 2    STATE OF ALABAMA  )
 3    MOBILE COUNTY    )
 4
 5       I do hereby certify that the foregoing
 6    proceedings were taken down by me and transcribed using
 7    computer-aided transcription and that the foregoing is
 8    a true and correct transcript of said proceedings.
 9       I further certify that I am neither of
10    counsel nor of kin to any of the parties, nor am I in
11    anywise interested in the result of said cause.
12       I further certify that I am duly licensed by
13    the Alabama Board of Court Reporting as a Certified
14    Court Reporter.
15       Signed this 10th day of August 2020
16
17
18    _____
      L. ALAN PEACOCK, FAPR, CCR, RDR, CRC
19    NCRA REALTIME SYSTEMS ADMINISTRATOR
      ALABAMA ACCR No. 13, Expires 9/30/20
20    MISSISSIPPI - CSR #1899, Expires 6/8/21
      ILLINOIS - CSR # 084.004827, Expires 5/31/21
21    LOUISIANA -  CCR #2015013, Expires 12/31/20
      COURT REPORTER, NOTARY PUBLIC
22    STATE OF ALABAMA AT LARGE
23    My Notary Commission Expires: 10/28/2023     05:20:35
```