UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

CARNEGIE INSTITUTION OF WASHINGTON,

M7D CORPORATION,

    *Plaintiffs*,

v.

PURE GROWN DIAMONDS, INC.,

IIA TECHNOLOGIES PTE. LTD D/B/A
IIA TECHNOLOGIES,

    *Defendants*.

------------------------------------- X

Civil Action No. 1:20-cv-00189 (JSR)

**ORDER**

    WHEREAS Plaintiffs have informed the Court that a sealed exhibit was filed in connection with their summary judgment opposition (in three parts at ECF Nos. 105, 105-1, and 105-2) which inadvertently contained attorney highlighting, and that a clean copy of that exhibit was thereafter filed (in two parts at ECF Nos. 106 and 106-1); and

    WHEREAS Plaintiffs have moved the Court to remove from the case docket the highlighted exhibit at ECF Nos. 105, 105-1, and 105-2; and

    WHEREAS Defendants do not oppose Plaintiffs' motion;

    THEREFORE for good cause shown, the Court respectfully directs the Clerk of Court to ***strike the following documents from the docket but retain the summary docket text for the record:*** ECF Nos. 105, 105-1, and 105-2.

    The exhibit at ECF Nos. 106 and 106-1, and all other exhibits filed in connection with Plaintiffs' summary judgment opposition (ECF Nos. 104 through 104-4 and 105-3 through 105-47), should remain available for sealed access by Defendants and the Court.

Dated: New York, NY

November 2, 2020

_____
JED S. RAKOFF, U.S.D.J.