UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARNEGIE INSTITUTION OF
WASHINGTON and M7D CORPORATION,

Plaintiffs,

v.

PURE GROWN DIAMONDS, INC. and
IIA TECHNOLOGIES PTE. LTD. d/b/a
IIA TECHNOLOGIES,

Defendants.

Case No. 20-cv-0189 (JSR)

ORDER

---

WHEREAS Defendants have informed the Court that a public redacted version of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (ECF No. 109) was filed on November 2, 2020, that inadvertently did not include redactions to certain of Defendants' highly confidential information;

WHEREAS Defendants have moved the Court to remove from the case docket the document at ECF No. 109; and

WHEREAS Plaintiffs do not oppose Defendants' motion;

THEREFORE for good cause shown the Court respectfully directs the Clerk of the Court to strike the following document from the docket but retain the summary docket text for the record: ECF No. 109. The parties shall cause to be filed a corrected public redacted version of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

Dated: November 3, 2020

_____
HON. JED S. RAKOFF, U.S.D.J.