# EXHIBIT 74

Vohra, Yogesh K.　　　　　　　　　　　　　　　　　　　　　July 31, 2020

1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**********************************
CARNEGIE INSTITUTION OF
WASHINGTON AND M7D CORPORATION,

　　　Plaintiffs,

　vs.　　　　　　　　　CASE NO:　20-CV-189 (JSR)

PURE GROWN DIAMONDS, INC., and
IIA TECHNOLOGIES PTE. LTD. d/b/a
IIA TECHNOLOGIES,

　　　　Defendants.

**********************************
CARNEGIE INSTITUTION OF
WASHINGTON and M7D CORPORATION,

　　　Plaintiffs,

　vs.　　　　　　　　　CASE NO:　20-CV-200 (JSR)

FENIX DIAMONDS, LLC,

　　　　Defendants.
**********************************


　　　The video deposition of YOGESH K. VOHRA, Ph.D.,

　　　taken remotely via Zoom videoconference with the

　　　witness located in Washington, DC, on July 31,

　　　2020, commencing at approximately 10:00 a.m. ET


Reported by:

L. ALAN PEACOCK, RDR, CRC, CCR

JOB NO. 48951

Page 2

```
 1            APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS CARNEGIE INSTITUTION OF
     WASHINGTON AND M7D CORPORATION:
 3
        PERKINS COIE LLP
 4      1155 Avenue of the Americas
        22nd Floor
 5      New York, New York 10036
        212-399-8057
 6
        BY: SARAH E. FOWLER, ESQ.
 7          sfowler@perkinscoie.com
                and
 8          JOSEPH W. RICIGLIANO, Ph.D.
            jricigliano@perkinscoie.com
 9
10   ON BEHALF OF THE DEFENDANT IIA TECHNOLOGIES PTE
     LIMITED AND PURE GROWN DIAMONDS, INC., IN THE 189
11   MATTER:
12      FINNEGAN, HENDERSON, FARABOW, GARRETT
          & DUNNER, LLP
13      901 New York Avenue, NW
        Washington, DC 20001
14      202-408-4000
15      BY: J. PRESTON LONG, ESQ.
            j.preston.long@finnegan.com
16
     ON BEHALF OF THE DEFENDANT FENIX DIAMONDS, LLC, IN
17   THE 200 CASE:
18      LEYDIG, VOIT & MAYER, LTD.
        180 North Stetson Avenue
19      Suite 4900
        Chicago, Illinois 60601
20      312-616-5600
21      BY: DAVID M. AIRAN, ESQ.
            dairan@leydig.com
22              and
            MAX B. SNOW, ESQ.
23          msnow@leydig.com.
24      /
25      /
```

Page 3

```
 1          APPEARANCES  (Continued)
 2   ON BEHALF OF THE WITNESS:
 3      UNIVERSITY OF ALABAMA OFFICE OF COUNSEL
        500 University Boulevard East
 4      Tuscaloosa, Alabama 35401
        205-348-5861
 5
 6      BY: DAVID MELLON, Ph.D.
            dmellon@uasystem.edu
 7
 8   COURT REPORTER:
 9      L. ALAN PEACOCK, FAPR, CRC, CCR, RDR
        Realtime Systems Administrator
10
11   ALSO PRESENT:
12      NAN MARSHALL, Henderson Legal Services
13   VIDEOGRAPHER:
14      CARRIE HOWARD
15
16              - - -
```

Page 4

```
 1               EXAMINATION
 2   DEPOSITION OF YOGESH K. VOHRA, PH.D., 7-31-2020
 3   By Mr. Long  ............................ Page 9
 4   By Mr. Snow  ............................ Page 137
 5   By Ms. Fowler  .......................... Page 190
 6   By Mr. Long  ............................ Page 196
 7   By Mr. Snow  ............................ Page 213
 8          DEPOSITION EXHIBITS
 9   Exhibit
     Number
10   Exhibit 1   Subpoena to Appear for Deposition ..... Page 10
11   Exhibit 2   List of Dr. Vohra's Publications ...... Page 14
12   Exhibit 3   Dissertation entitled "Synthesis and .. Page 28
                 Characterization of Metastable Phases
13               of Carbon" by Thomas Greene McCauley
14   Exhibit 4   Article Entitled "Spatially Resolved .. Page 65
                 In Situ Diagnostics for
15               Plasma-Enhanced Chemical Vapor
                 Deposition Film Growth"
16
     Exhibit 5   Thesis by Gopi Krishna Samudrala ...... Page 67
17               entitled "Multivariable Study on
                 Homoepitaxial Growth of Diamond on
18               Planar and Non-Planar Substrates
19   Exhibit 6   Catalog for Mikron 2-Color ............ Page 70
20               Non-Contact Infrared Temperature
                 Transmitters
21   Exhibit 7   Dissertation Entitled: ................ Page 70
                 Micro-Structure and Mechanical
22               Properties of Diamond Films on
                 T1-6AL-4V Alloy by Shane A. Catledge
23
     Exhibit 8   Andrew Israel Thesis titled "A ........ Page 74
24               Detailed Investigation of Microwave
                 plasma Assisted Chemical Vapor
25               Deposition Diamond Growth Parameters"
```

Page 5

```
 1           EXHIBITS (Continued)
 2   Exhibit 9   Thesis Entitled "Multiple Twinning .... Page 87
                 and Nitrogen Defect Center in
 3               Chemical Vapor Deposited
                 Homoepitaxial Diamond by Chih-Shiue
 4               Yan
 5   Exhibit 10  Article Entitled "Very High Growth ... Page 119
                 Rate Chemical Vapor Deposition of
 6               Single-Crystal Diamond"
 7   Exhibit 11  078 Provisional Patent Application ... Page 127
 8   Exhibit 12  US Patent 6,858,078 B2 ............... Page 132
 9   Exhibit 13  Patent US 2009/0297429 ............... Page 171
10   Exhibit 101 US Patent 5,628,824 .................. Page 138
11   Exhibit 102 US Patent 5,292,371 .................. Page 141
12   Exhibit 103 Article Entitled: "Multiple .......... Page 180
                 Twinning and Nitrogen Defect Center
13               in Chemical Vapor Deposited
                 Homoepitaxial Diamond"
14
     Exhibit 104 Article Entitled "Growth of Diamond .. Page 184
15               Anvils for High-Pressure Research by
                 Chemical Vapor Deposition
16
     Exhibit 105 Article Entitled "Multiple ........... Page 186
17               Substrate Microwave Plasma-Assisted
                 Chemical Vapor Deposition Single
18               Crystal Diamond Synthesis"
19   Exhibit 106 Article Entitled "The Influence of ... Page 186
                 Recess Depth and Crystallographic
20               Orientation of Seed Sides on
                 Homoepitaxial Growth of CVD Single
21               Crystal Diamonds"
22   Exhibit 107 Article Entitled "Growth Strategies .. Page 187
                 for Large and High Quality- Single
23               Crystal Diamond Substrates"
24   Exhibit 108 Article Entitled "Synthetic Diamond .. Page 173
                 Crystal Strength Enhancement Through
25               Annealing at 50 Kbar and 1500 C"
```

**Page 6**

1       EXHIBITS (Continued)
2   Exhibit 109 Declaration and Power of Attorney .... Page 173
            for Patent Application"
3
    Exhibit 110 Combined Declaration for Patent ...... Page 173
4       Application and Power of Attorney"

                         - - -

**Page 7**

1       THE VIDEOGRAPHER:  Here begins Volume I,
2   Disk 1, in the video deposition of Yogesh Vohra
3   taken in the matter of, Case 1, Carnegie
4   Institution, et al., versus Pure Grown
5   Diamonds, et al.  We also have Case 2, which is
6   Carnegie Institution, et al., vs Fenix
7   Diamonds, et al., in the United States District
8   Court, Southern District of New York.
9       Today's date is July 31.  The time is
10  9:08 a.m.  This deposition is being held
11  remotely by Live Litigation.  We're physically
12  recording in Lexington, Kentucky.
13      The court reporter today is Alan Peacock,
14  and the videographer today is myself, Carrie
15  Howard.  Both are presenting on behalf of
16  Henderson Legal Services.
17      Will counsel please introduce themselves
18  and state whom they represent.
19      MR. LONG:  This is J. Preston Long for the
20  defendants IIA Technologies PTE Limited and
21  Pure Grown Diamonds, Inc., in the 189 matter.
22      MS. FOWLER:  This is Sarah Fowler of
23  Perkins Couie, on behalf of the plaintiffs
24  Carnegie Institution of Washington and M7D
25  Corporation.  And with me is Joseph Ricigliano.

**Page 8**

1       THE VIDEOGRAPHER:  All right.  And will
2   the court reporter now please swear in the
3   witness.
4       MR. AIRAN:  There are more appearances.
5   This is David Airan on from Leydig, Voit &
6   Mayer on behalf of Fenix Diamonds, LLC, in
7   the 200 case.  And with me is Max Snow, also of
8   Leydig Voit & Mayer, also representing Fenix
9   Diamonds, LLC.
10      MR. MELLON:  Although you can't see me,
11  this is David Mellon, M-E-L-L-O-N, counsel for
12  Dr. Vohra.
13      THE VIDEOGRAPHER:  Okay.  Now, will the
14  court reporter please swear in the witness.
15      THE COURT REPORTER:  My name is Alan
16  Peacock with Henderson Legal Services.  I am an
17  Alabama Certified Court Reporter.  My license
18  number is AL013, and my license is available
19  for inspection.
20      At this time, do all parties agree to
21  waive any objection now or in the future to the
22  reporter swearing in the witness remotely?
23      Please so indicate.
24      MR. LONG:  No objection here.
25      MR. AIRAN:  No objection on behalf of

**Page 9**

1   Fenix.
2       THE COURT REPORTER:  Thank you.
3       I would ask the witness to please raise
4   your right hand and face the camera.
5       YOGESH K. VOHRA, PH.D.,
6       the witness, having been first duly sworn
7   to speak the truth, the whole truth, and nothing but
8   the truth, testified as follows:
9              EXAMINATION
10  BY MR. LONG:
11      Q.  So let me first start, Dr. Vohra, by
12  saying thank you for being here today.  There are
13  probably any number of things you would rather be
14  doing today; so for what it's worth, we appreciate
15  your time.
16      Is this your first deposition?
17      **A.  That's correct.**
18      Q.  Okay.  So I just want to run through a few
19  guidelines to make sure everything goes smoothly.  I
20  think that the court reporter has already mentioned
21  it's best if we don't talk over one another so that
22  the court reporter can take down our conversation
23  and there's no cross talk.  Is that okay?
24      **A.  That's fine.**
25      Q.  From time to time, I probably will ask a

Vohra, Yogesh K.                                                          July 31, 2020

## Page 58

1  if the growth rates -- the CVD growth rates that he
2  achieved were 50 to 400 microns per hour using the
3  substrates he was using?
4      A.  Yeah.  I gave you -- you know it is done
5  for a short period of time.  And what we found was
6  the gem would grow very fast, but the quality is not
7  that great.  So it's really -- it's not just a
8  question of the growth rate.  It's the question of
9  can one maintain the growth rate and grow as a
10 crystal.
11     Q.  Were his growths not single crystal?
12     A.  No.  These experiments all have diamond
13 twins and imperfections.
14     Q.  These experiments had twins?
15     A.  Yes.
16     Q.  And so if you have twins or imperfections,
17 it's not single crystal diamond?
18     A.  That is correct.  Then it's really not a
19 true homoepitaxial.  You have multiple orientation
20 of diamond growth on the substrate.
21     Q.  What about diamond like carbon or
22 polycrystalline diamond?  Is that single crystal?
23     A.  No.  DLC is generally amorphous.  And
24 polycrystalline diamond, that's a different growth
25 regime.

## Page 59

1      Q.  By "amorphous," you mean it has no crystal
2  structure?
3      A.  Yes.  They are basically not crystalline.
4      Q.  I'm going to flip to page 164 of Vohra
5  Exhibit 3.  And again, this starts at the very end
6  of the page, so I have to scroll.  The sentence
7  starts at the end of the page.  It says "the
8  combination" and it continues on to page 165.
9          "The combination of nitrogen addition,
10 methane concentration of 2 percent and T substrate
11 approximately 900 to 1400C during our depositions
12 resulted in values of alpha that satisfied the
13 empirical condition of alpha greater than or equal
14 to 2.5 for twin-free homoepitaxial growth."
15         Do you see that sentence?
16     A.  Yes.
17     Q.  Could you explain what it means?
18     A.  What Dr. McCauley is saying here is the
19 potential in which the result could possibly result
20 in twin-free growth -- again, we're in a very
21 limited area -- remember, all of his thesis work had
22 been done on a diamond anvil with a tip of about
23 .3-millimeters, which is three times the human hair
24 size; so I think that's where one should be really
25 cautious in extrapolating these results to larger

## Page 60

1  area new growth.
2      Q.  Okay.  But on what -- the anvils that he
3  used for substrates, he grew at substrate
4  temperatures of 900 and 1400-degree C; correct?
5      A.  Yes.
6      Q.  And his growths satisfied the condition of
7  alpha at greater than or equal to 2.5?
8      A.  Yeah.  But as he mentioned, it was really
9  empirical.  I don't think there's any quantitative
10 measurements . . .
11     Q.  I'm sorry.  So you're suggesting that
12 he -- my understanding of the sentence is that the
13 empirical condition of alpha greater than 2.5 is a
14 prediction that certain alpha values will give you
15 twin-free growth.  But my understanding is that the
16 value of alpha is actually a quantitative number.
17 Is that not correct?
18     A.  Yeah.  But I don't think anywhere in this
19 series we measured the value of 1000.  There are
20 empirical relations where you would grow 100.  And
21 so he just is referring to the fact with verified
22 data of 2.5, in principle, you can grow a growth
23 rate.
24     Q.  And he says "His deposition resulted in
25 values of alpha that satisfied alpha greater than or

## Page 61

1  equal to 2.5."
2      A.  Yeah, but I don't think we had the
3  quantitative -- you know, to get a quantitative
4  value of alpha, you really have to match the growth
5  rate along (100) and along (111).  There's nowhere
6  in this thesis really we have measured this value.
7      Q.  So there's nowhere in this thesis that
8  measures that?  That's your understanding?
9      A.  Yes.
10     Q.  Okay.  I'm almost done with this one, and
11 then we'll take a break.  I know we have been going
12 for about an hour.  I will try to give you a break
13 every hour or so, but if you need breaks sooner than
14 that --
15     A.  That's fine.
16     Q.  Okay.  I'll direct your attention now
17 to -- this is page 169 of Vohra Exhibit 3.  Starting
18 here with "the observed rapid growth of diamond
19 films," do you mind just -- I'll ask you to read and
20 just let me know, and I will scroll for you.  But I
21 will ask that you read that section through the next
22 page and then this figure here.  I want to ask you a
23 few questions about that section.
24         Let me know when you need me to scroll.
25     A.  Okay.  I think we can go to the next page.

**Page 122**

1  A. I don't know. I don't recall the details.
2  Q. Did it have physical contact to the side
3  of the diamond seed?
4  A. I don't recall that. I don't actually
5  have access right now to those designs which we
6  dictated on the 6-kilowatt system to really make a
7  definitive statement.
8  Q. It says that the temperature was measured
9  by two-color infrared pyrometer made by Mikron
10 Instruments with a 2-millimeter diameter minimum
11 target size at an angle of 65 degrees C.
12     Do you see that?
13 A. Yes.
14 Q. And again, what is this the 2-millimeter
15 in diameter referring to?
16 A. That's the aperture on the diamond to
17 measure the temperature.
18 Q. And when you aim it at a 65-degree angle,
19 is it still a circle?
20 A. I mean, when you look through it, you
21 know, you see a circle. Obviously, you are looking
22 at an angle, and that would be a certain projection
23 of it on the diamond.
24 Q. It's kind of like when you shine a
25 flashlight at an angle? It gets stretched out?

**Page 123**

1  A. It's the same principle, yes.
2  Q. So the actual spot that you would be
3  measuring here would be 2 point wide and then
4  stretched out in the other direction according to
5  the 65-degree angle; is that right?
6  A. Yes. To make a definitive statement, one
7  really would have to look at the optics. Because
8  you also have to have, you know, the depth of focus
9  of the parameter, how deep it collects light in. So
10 it really depends on the optics to really make a
11 definitive statement.
12     Because, you know, it's not a flashlight.
13 You are -- you are picking only -- because it is
14 focused at a point. So it only picks up certain
15 depth of data. It doesn't look the entire time.
16 Q. Okay.
17 A. Because you focus it at a particular spot.
18 So it only looks at depth, and that depends on the
19 optics of the pyrometer.
20 Q. But, in general, it wouldn't be
21 a 2-millimeter diameter circle, because of the
22 angle?
23 A. It would look at a larger area. But the
24 depth is also important for really finding the
25 accuracy of the temperature.

**Page 124**

1  Q. Okay. It mentions here that the
2  substrates were 3 and a half by 3 and a half
3  by 1.6 cubic millimeters; so this would have been a
4  3 and a half by 3 and a half square that's
5  1.6-millimeters thick; right?
6  A. That's right.
7  Q. And this was the seed, the (100) HPHT?
8  A. Yes.
9  Q. And remember that this was a commercial
10 yellow diamond plate. It's not a white diamond.
11 A. Right.
12 Q. And so this Figure 1 here on page 2 of
13 this Exhibit shows a picture of the growth?
14 A. Yes.
15 Q. The left is the seed with no growth;
16 correct?
17 A. Yes.
18 Q. And the right is the growth?
19 A. Yes.
20 Q. And that was -- it looks here .7 microns
21 thick? Excuse me .7-millimeter thick/700 microns?
22 A. Yes.
23 Q. That was a 12-hour growth run; correct?
24 A. Yes.
25 Q. And what happened when you tried to grow

**Page 125**

1  it for much longer?
2  A. Yeah. I think as this paper described, I
3  think -- yeah, a larger crystal was obtained, up
4  to 5 carat.
5  Q. But it was brown and it cracked?
6  A. Yes. I think the same problem with
7  several regrowth experiments.
8  Q. So those were done by regrowing several
9  times?
10 A. That's correct.
11 Q. And during those regrowths, you would have
12 removed some of the non-diamond growth?
13 A. Yes.
14 Q. And it talks about the cracking. And it
15 says "This phenomena may be due to a hot edge that
16 promotes darker discontinuous interface during
17 regrowth, twin formation, or internal stresses."
18     So is this related, again, to the
19 non-diamond growth around the edges?
20 A. Yes.
21 Q. Okay. And that non-diamond growth causes
22 things like cracking and darker-color inability to
23 grow very thick?
24 A. Yes.
25 Q. Referring to the next page -- this is

**150**

1   Q. So you talked earlier about how a
2  two-color averages the temperatures within that
3  little spot. Is that right?
4   A. Yes.
5   Q. Or roughly average. So my question is, if
6  you're measuring, let's say, the center of a diamond
7  with this pyrometer, will the pyrometer be able to
8  tell you what the coldest point on the diamond is?
9   A. No.
10  Q. Because it's going to take an average; is
11 that right?
12  A. Yes.
13  Q. Okay. Will it be able to tell you what
14 the hottest point on the grill surface is?
15  A. Can you repeat the question? Are you
16 doing measuring only at the center?
17  Q. No. Now let's say you move it to the
18 edge. Okay? Will it be able to tell you what the
19 hottest points on the edge is?
20  A. Sure. If you can do the scanning across
21 the edges and you can definitely measure the
22 gradient within that revolution of 2 millimeters,
23 you can find the hot spot. With hot spots, you can
24 also probably target visually -- usually they come
25 back of the graphite formation on the edges.

**151**

1   Q. So when you get kind of -- I will call
2  it -- non-monocrystalline growth at the edges,
3  that's a sign of a hot spot; is that correct?
4   A. I think this would be a very difficult
5  determination to make because you may be getting
6  non-diamond growth because it is not a (100)
7  surface, so it may not necessarily be related to
8  temperature. It could be that you have (111)
9  surface exposed.
10  Q. All right. What if the
11 non-monocrystalline growth is on the (100) surface.
12 Then do you think it would be because of
13 temperature?
14  A. It could be then because the temperature
15 may be too high for -- temperature be too high there
16 and graphite is nucleated, yeah.
17  Q. So the temperature is too hot at that
18 location, and it's -- which is much hotter than the
19 center of the diamond?
20  A. That's right.
21  Q. So I just want to go back to this example,
22 briefly. Let's say you cite this pyrometer on a hot
23 spot, and the hot spot is at -- you know, it's hot
24 but it has multiple different temperatures in it.
25 Okay? It has a range of temperatures in the hot

**152**

1  spot. Will this pyrometer be able to tell you what
2  the hottest temperature in that spot is?
3   A. No. It will only give you an average
4  temperature. Because the way it works is it really
5  is taking a ratio of the infrared light coming out
6  and calculating. So you have really no way to find
7  the maximal or minimal temperature.
8   Q. So let's say you poke this at the edge,
9  and then you put this at the center, you might be
10 getting a temperature gradient reading that is much
11 too low because of this averaging; is that correct?
12  A. Yeah. It's definitely not accurate.
13  Q. Okay. All right. All right. So let me
14 move on to Exhibit 11, which is the 078 patent.
15     I'm sorry. Maybe it's Exhibit 12. Yeah,
16 it's Exhibit 12. I apologize.
17     So if you took this patent, what do you
18 think the kind of -- the main thrust of the
19 invention here was?
20  A. I think it was multipronged because of the
21 gross chemistry substrate design of the holder.
22  Q. Okay.
23  A. Also some of the innovation was in terms
24 of translation of the diamond stage.
25  Q. Okay.

**153**

1   A. So it's really multiple levels. It's hard
2  to say this one thing.
3   Q. Okay. Absolutely. I want to go to -- I
4  want to jump to Claim 1 which is on page -- well,
5  it's actually on page 18, the part I'm looking at.
6  Let me -- I will zoom in for you.
7      Do you see that, those highlights?
8   A. Yes.
9   Q. Okay. So do you think this is something
10 that all diamond -- I'm sorry -- that all MPCVD
11 diamond chambers do?
12  A. It's really not just a question of the
13 temperature reading; it's not just the diamond
14 chamber; it also depends, of course, on the heat
15 sink design at the substrate holder.
16  Q. Sure. Absolutely.
17  A. So I think there are innovations there
18 which reduces this temperature gradient. So it's
19 not just a generic block MPCVD system would do this.
20 You have to, of course, have the appropriate
21 substrate holder design to achieve that, to achieve
22 the results.
23  Q. Right. Like the design shown in Fig. 2B?
24  A. Yes.
25  Q. Okay. So let's say that you have just