UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARNEGIE INSTITUTION OF WASHINGTON, M7D CORPORATION, *Plaintiffs*, v. PURE GROWN DIAMONDS, INC. and IIA TECHNOLOGIES PTE. LTD d/b/a IIA TECHNOLOGIES, *Defendants*. PURE GROWN DIAMONDS, INC., *Counterclaim-Plaintiff*, v. CARNEGIE INSTITUTION OF WASHINGTON, M7D CORPORATION, *Counterclaim-Defendants*. | Civil Action No. 1:20-cv-00189-JSR |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs / Counterclaim-Defendants Carnegie Institution of Washington and M7D Corporation, Defendant / Counterclaim-Plaintiff Pure Grown Diamonds, Inc., and Defendant IIa Technologies PTE Ltd., hereby stipulate that the case has been finally settled and jointly move the Court pursuant to Fed. Rs. Civ. P. 41(a)(2) and (c) for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 19, 2020

/s/ *Matthew J. Moffa*
Matthew J. Moffa
**PERKINS COIE LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 261-6857
Fax: (212) 399-8057
e-mail: MMoffa@perkinscoie.com

Terrence J. Wikberg (*admitted pro hac vice*)
Michael A. Chajon (*admitted pro hac vice*)
PERKINS COIE LLP
607 14th Street, NW
Washington, DC 20005
Telephone (202) 434-1649
Fax: (202) 654-9149
e-mail: TWikberg@perkinscoie.com
        MChajon@perkinscoie.com

Amy E. Simpson (*admitted pro hac vice*)
Kevin Patariu
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-3334
Telephone: (858) 720-5702
Fax: (858) 720-5799
e-mail: ASimpson@perkinscoie.com
        KPatariu@perkinscoie.com

Michelle Umberger (*admitted pro hac vice*)
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7466
Fax: (608) 663-7499
e-mail: MUmberger@perkinscoie.com

Sarah Fowler (*admitted pro hac vice*)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 943041212
Telephone: (650) 838-4489
e-mail: SFowler@perkinscoie.com

*Counsel for Plaintiffs Carnegie Institution of Washington and M7D Corporation*

Respectfully submitted,

/s/ Cecilia Sanabria

William P. Deni, Jr.
J. Brugh Lower
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Tel: (212) 613-2000
Fax: (212) 290-2018
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

Anand K. Sharma (pro hac vice)
Gerald F. Ivey (pro hac vice)
Cecilia Sanabria (pro hac vice)
J. Preston Long (pro hac vice)
Karthik Kumar (pro hac vice)
Amy Fulton (pro hac vice)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Defendants
Pure Grown Diamonds, Inc.
and IIa Technologies Pte. Ltd.*

SO ORDERED

/s/ Jed S. Rakoff
USDJ
11-20-20